**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| EDWARD JONES,<br><br>               Plaintiff,<br><br>vs.<br><br>LISA MITCHELL, MICHAEL DEVINE<br>AND JOHN F. CAMELO,<br><br>               Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:16-cv-11666-LTS<br>)<br>)<br>)<br>)<br>)<br>) |

**STATUS REPORT ON MEDIATION**

The Parties in the above captioned matter hereby notify the Court that the Parties do not wish for the case to be referred to mediation. The parties request that the litigation proceed according to the dates established at the Court's January 16, 2019 status conference.

Respectfully submitted this 1st day of February, 2019,

| **PLAINTIFF,** | **DEFENDANTS, LISA MITCHELL,** |
|---|---|
| **EDWARD T. JONES** | **MICHAEL DEVINE, JOHN F. CAMELO** |
| | |
| By his attorneys, | By their attorney, |
| | |
| */s/ Andrew W. Monthey* | */s/ Daryl F. Glazer* |
| Andrew W. Monthey (BBO# 698495) | Daryl F. Glazer (BBO# 567138) |
| amonthey@rc.com | Daryl.Glazer@MassMail.state.ma.us |
| Danielle Andrews Long (BBO# 646981) | Legal Division |
| dlong@rc.com | Department of Correction |
| Robinson & Cole LLP | 70 Franklin Street, Suite 600 |
| One Boston Place, Floor 26 | Boston, Massachusetts 02110-1330 |
| Boston, Massachusetts 02108 | Tel: (617) 727-3300, Ext. 1102 |
| Tel: (617) 557-5941 | |

## CERTIFICATE OF SERVICE

    I, Andrew W. Monthey, certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on the date specified below.

Dated: February 1, 2019                          */s/ Andrew W. Monthey*
                                                                                    Andrew W. Monthey