## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| EDWARD T. JONES, | ) |
|  | ) |
| Plaintiff, | ) |
| vs. | ) |
|  | ) Civil Action No. 1:16-cv-11666-LTS |
| LISA MITCHELL, MICHAEL DEVINE AND JOHN F. CAMELO, | ) |
|  | ) |
| Defendants. | ) |

## **MOTION TO WITHDRAW AS COUNSEL**

Pursuant to Local Rule 83.5.2(c)(2) of this Court and Rule 1.16(b) of the Massachusetts Rules of Professional Conduct, Danielle Andrews Long and Andrew W. Monthey of the law firm Robinson & Cole, LLP seek to withdraw as counsel of record to Plaintiff Edward T. Jones. In support of this motion, Counsel state the following:

1. On March 22, 2018, the Court entered an order appointing Attorney Danielle Andrews Long as counsel for Plaintiff under the provisions of the United States District Court Plan for the Appointment of Counsel for Indigent Parties in Certain Civil Cases. Shortly thereafter, Attorney Andrew W. Monthey entered his appearance on behalf of Plaintiff.

2. There has been an irretrievable breakdown of the attorney-client relationship between Plaintiff and Counsel.

3. Robinson & Cole LLP has explained to the Plaintiff both orally and in writing the necessity of withdrawing. He may file an opposition.

4. Withdrawal will not adversely affect the reasonable expectations of the opposing parties to have the case efficiently adjudicated, particularly where there are ongoing discovery matters and given the Court's extension of the dispositive motion deadline to June 3, 2019.

Defendants have also stated that they will not oppose this Motion, but will be filing a separate response.

5. There are no motions pending before this Court other than the motions submitted herewith.

6. The Court has not set a trial date or evidentiary hearing, and has not required any reports, written or oral.

WHEREFORE, the aforementioned attorneys and Robinson & Cole, LLP seek leave to withdraw as counsel of record in this matter.

                                                */s/ Danielle Andrews Long*
                                                Danielle Andrews Long (BBO# 646981)

                                                */s/ Andrew W. Monthey*
                                                Andrew W. Monthey (BBO# 698495)
                                                Tel: (617) 557-5900
                                                amonthey@rc.com
                                                dlong@rc.com
                                                **Robinson & Cole LLP**
                                                One Boston Place, 25th Floor
                                                Boston, MA 02108-4404

Dated: February 26, 2019

## **CERTIFICATE OF SERVICE**

I, Andrew W. Monthey, hereby certify that on this 26th day of February, 2019, this document filed through the ECF system will be sent both electronically and by U.S. mail to the participants identified below:

Edward T. Jones
Old Colony Correctional Center
1 Administration Road
Bridgewater, Massachusetts 02324

Daryl F. Glazer
Department of Correction
Legal Division
70 Franklin Street
Suite 600
Boston, Massachusetts 02110

                                         */s/ Andrew W. Monthey*
                                         Andrew W. Monthey

## LOCAL RULE 7.1(A)(2) CERTIFICATION

    I, Andrew W. Monthey, counsel for Plaintiff Edward T. Jones in the above-captioned matter, hereby certify that I have complied with the requirements of Local Rule 7.1 in that I notified Defendants' counsel that I was filing this motion.

                                                  */s/ Andrew W. Monthey*
                                                  Andrew W. Monthey

Dated: February 26, 2019