UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 16-CV-11666-LTS

EDWARD T. JONES,

    Plaintiff,

v.

COMMONWEALTH OF MASSACHUSETTS, ET AL.,

    Defendants.

---

**DEFENDANTS', LISA MITCHELL, MICHAEL DEVINE, AND JOHN CAMELO, RESPONSE TO MOTION TO WITHDRAW AS COUNSEL (DOCUMENT NUMBER 101)**

---

Defendants filed this Response to Motion to Withdraw as Counsel (Document Number 101). The reasons for this Response are as follows:

1. The defendants do not oppose the Motion to Withdraw as Counsel, but wanted the Court to be aware of several issues that arise with its filing.

2. Plaintiff's deposition was scheduled for March 5, 2019, to take place at Old Colony Correctional Center. In light of the Motion to Withdraw, the deposition has been postponed to an undetermined date. Plaintiff's deposition is necessary in order for the defendants to file a Motion for Summary Judgment. The Court at the January 16, 2019 Status Conference set a June 3, 2019 deadline for filing of Motions for Summary Judgment. The defendants request that after the Court rules on the Motion to Withdraw, that new deadlines be set.

3. In responding to plaintiff's discovery requests, defendants have provided documents to plaintiffs' counsel. Some of those documents were provided to plaintiff's counsel pursuant to the Court's Order allowing Plaintiff's Motion for Access to CORI Records. See Documents Numbers 94-95. Such documents contain information about another inmate; plaintiff would not be allowed to possess these documents at Old Colony Correctional Center if he becomes *pro se*. In addition, there were several depositions conducted in this case. The transcripts of these depositions may have to be redacted of CORI information of other inmates before they are provided to plaintiff, if he becomes *pro se* in this case.

WHEREFORE, the defendants respectfully file this Response to the Motion to Withdraw as Counsel (Document Number 101).

Dated: February 26, 2019

Defendants,
Lisa Mitchell, Michael Devine, and John Camelo,

By their attorney,

NANCY ANKERS WHITE
Special Assistant Attorney General

/s/ Daryl F. Glazer
Daryl F. Glazer, Counsel
BBO No. 567138
Legal Division
Department of Correction
70 Franklin Street, Suite #600
Boston, MA 02110-1300
Tel. (617) 727-3300, Ext. 1102
Daryl.Glazer@MassMail.state.ma.us

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

February 26, 2019                        /s/ Daryl F. Glazer
                                                           Daryl F. Glazer

## CERTIFICATE OF COMPLIANCE WITH L.R.7.1

      I, Daryl F. Glazer, counsel for defendants, , hereby state that I complied with the requirements of Local Rule 7.1 in that I notified plaintiff's counsel that I was filing this Response.

Date:  February 26, 2019                   /s/ Daryl F. Glazer
                                                          Daryl F. Glazer