UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 16-CV-11666-LTS

EDWARD T. JONES,

    Plaintiff,

    v.

COMMONWEALTH OF MASSACHUSETTS, ET AL.,

    Defendants.

## **DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Now come the defendants, Lisa Mitchell, Michael Devine, and John Camelo, in the above matter and respectfully request that this Honorable Court grant summary judgment as to the claims against them pursuant to Fed. R. Civ. P. 56. The defendants attach hereto a memorandum of law in support of their motion.

DEFENDANTS,
By their attorney,

NANCY ANKERS WHITE
Special Assistant Attorney General

Dated: September 13, 2019    /s/ Daryl F. Glazer_____
    Daryl F. Glazer
    BBO #567138
    Daryl.glazer@MassMail.state.ma.us
    Legal Division
    .    Department of Correction
    70 Franklin Street, Suite 600
    Boston, MA 02110-1300
    (617) 727-3300, Ext. 1102

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing

and that on this date a copy of this document was mailed, first class postage, to the plaintiff at his address, OCCC, 1 Administration Road, Bridgewater, MA 02324.

September 13, 2019                                    /s/ Daryl F. Glazer
                                                     Daryl F. Glazer