**Edward Jones**
**June 13, 2019**

VOLUME: I    EXHIBITS: 1-3    PAGES: 1-221

COMMONWEALTH OF MASSACHUSETTS

SUPERIOR COURT DEPARTMENT

CA NO.:  USDC 16-CV-11666-LTS

------------------------------------------------------

EDWARD JONES
    PLAINTIFF

vs.

THE COMMONWEALTH OF MASSACHUSETTS
    DEFENDANT

------------------------------------------------------

DEPOSITION OF:  EDWARD JONES

June 13th, 2019 - 10:00 a.m.

OLD COLONY CORRECTIONAL CENTER

1 Admin Road

Bridgewater, MA 02324

---- Nicole Stewart ----

REPORTERS, INC.

CAPTURING THE OFFICIAL RECORD

617.786.7783 - www.reportersinc.com



EXHIBIT

F

Edward Jones
June 13, 2019

**Page 30**

```
 1    information in this case that you would raise at
 2    trial?
 3         A.    Yes.
 4         Q.    Okay.  What is that secret information?
 5         A.    I object.
 6         Q.    Noted.  What is the secret information?
 7         A.    What?
 8         Q.    What is the secret information?
 9         A.    I object.
10         Q.    Okay.  You're objecting.  You still have
11    to answer the question.
12         A.    You could have got the information during
13    discovery if you would have questioned it during the
14    discovery, open discovery deadline.  I would have gave
15    you the information but you didn't question the
16    information during discovery, so therefore I'm not
17    going to divulge it now.
18         Q.    Mr. Jones, we're here at a deposition
19    which is part of discovery and it's my opportunity to
20    ask you questions that you're answering under oath and
21    I am asking you, what is that secret information?
22         A.    That secret information is I object.
23    Okay.  I object but I'm going to tell you right now
24    that I have information that says that         Inmate A
```

**Page 31**

```
 1    was supposed to be kept away from me at all times and
 2    that he was an active enemy and that he was supposed
 3    to be kept away from me because it was a danger to
 4    have him near me.
 5         Q.    Okay.  And how did you come by this
 6    secret information?
 7         A.    I wrote and asked for it.
 8         Q.    Who did you write to?
 9         A.    Deputy Superintendent of Security.
10         Q.    And who was that?
11         A.    Correa.
12         Q.    When did you write -- was it him or a
13    her?
14         A.    It was a him.
15         Q.    Okay.  And when did you write to him?
16         A.    I wrote numerous people.  I wrote my
17    Caseworker Ashley.  I wrote Deputy Superintendent
18    Claudius who referred to Deputy Superintendent Correa.
19         Q.    And when did you write to them?
20         A.    Months ago.  I'm not too sure on the
21    date.
22         Q.    What year was it?
23         A.    2019.
24         Q.    2019?  So, you have -- do you have a
```

**Page 32**

```
 1    letter from the Deputy Superintendant?
 2         A.    Yes, I do.
 3         Q.    And what does that letter say?
 4         A.    That letter says that  Inmate A  was supposed
 5    to be -- that active enemies are not supposed to be in
 6    the same institution as other active enemies.
 7         Q.    And do you have -- and you received that
 8    letter in 2019?
 9         A.    Yes, ma'am.
10         Q.    Okay.  Do you have any other secret
11    information besides this letter?
12         A.    No.  I have a lot of discovery that
13    hasn't been requested, so I have tons of it.
14         Q.    Okay.  Do you have any other information
15    -- so, when you told Attorney Miller and I that you
16    had secret information, the secret information you're
17    referring to is a letter from the Deputy
18    Superintendant?
19         A.    Yes, ma'am.
20         Q.    Were you referring to anything else?
21         A.    No.
22         Q.    Okay.  When did you first meet Inmate
23    Inmate A
24         A.    First met Inmate       Inmate A     probably
```

**Page 33**

```
 1    in 2014.
 2         Q.    Okay.  And where were you at the time?
 3         A.    In Old Colony Correctional Facility.
 4         Q.    Did you know      Inmate A      outside of
 5    prison?
 6         A.    No, I didn't.
 7         Q.    Have you ever been cellmates with Inmate A
 8    Inmate A
 9         A.    No, ma'am.
10         Q.    How many times have you been housed on
11    the same block as Mr.  Inmate A
12         A.    At least seven.
13         Q.    Okay.  Do you know the dates?
14         A.    No.  I have them but --
15         Q.    Have you ever been -- actually, strike
16    that.  I'm sorry.
17               Is Inmate      Inmate A      currently at
18    Old Colony?
19         A.    No.
20         Q.    Do you know where he is now?
21         A.    Yes.
22         Q.    Where?
23         A.    Treatment center.
24         Q.    And how do you know that?
```

**Page 34**

1    A.    Because I know.

2    Q.    How do you know that information?

3    A.    Everybody knows where [Inmate A] is.

4    Q.    How do you -- how did you come to know

5    that?

6    A.    Staff told me.

7    Q.    Okay.  Which staff?

8    A.    Probably Superintendent.

9    Q.    Did you ask?

10   A.    Lisa Mitchell maybe.  Captain Camello.

11   Yes, I asked.

12   Q.    Okay.  Have you asked -- when did you

13   ask?

14   A.    I don't have to ask.  They tell me.

15   Q.    Okay.  So, Superintendent Mitchell is not

16   currently the Superintendent here?

17   A.    No.

18   Q.    When was the last time you saw her?

19   A.    Probably the last time [Inmate A] was sent

20   here.  She told me [Inmate A] was coming back here.

21   Q.    Okay.  But you just said that she told

22   you that [Inmate A] was at the treatment center?

23   A.    Yes, she told me [Inmate A] was leaving and

24   he was going to the treatment center.  He classified

**Page 35**

1    to the treatment center.

2    Q.    Do you have any information that is

3    current about where Mr. [Inmate A] is?

4    A.    No.

5    Q.    Okay.  The information that you have

6    about him being at the treatment center, when was the

7    last time you heard that?

8    A.    It wasn't too long ago.

9    Q.    Can you give me an estimate, a year, two

10   years, six months?

11   A.    2019.

12   Q.    Had you been ever housed on the same

13   block as Mr. [Inmate A] at an institution other than Old

14   Colony Correctional Center?

15   A.    No, ma'am.

16   Q.    Okay.  Did [Inmate A] sexually

17   harass you?

18   A.    Yes, ma'am.

19   Q.    When?

20   A.    On numerous occasions, July, August,

21   September, October, 2019, June, May.

22   Q.    2019?

23   A.    Yes.  No.  2015.

24   Q.    2015?  All right.  Let's take each one.

**Page 36**

1    Let's start with the first time he sexually harassed

2    you.

3    A.    June.  May.  Let's say May, 2015.

4    Q.    Okay.  What happened?

5    A.    I was in my room using the urinal.

6    [Inmate A] comes in and he says, Wow.  You got a big dick.

7    And I told him, Get out of here.

8    Q.    What happened then?

9    A.    He said, Why?  Why?  Why do I have to go?

10   I'm just looking at you.  I'm not touching it.  You

11   know, I tell him to get the hell out of here.

12   Q.    Then what happened?

13   A.    He leaves.  And he goes to his cell.

14   After I finish taking a piss, I go and tell him to

15   stay out of my cell.  Don't talk to me.  Stay away

16   from me.

17   Q.    Okay.  Then what happened?

18   A.    Then he says, It ain't my fault that you

19   have a big dick.  After I go back to my cell, he

20   starts talking to himself, It's not my fault you have

21   a big -- you know, Dudes act like they're all this and

22   they're all that.  I know they like men.

23   Q.    Okay.  Then what happened?

24   A.    Then I went and I reported it to my

**Page 37**

1    clinician, Ms. Vanessa Martino-Fleming.

2    Q.    And what did she say?

3    A.    She told me, Don't pay him no mind, that

4    [Inmate A] is [Inmate A]

5    Q.    Did -- at this incident, did [Inmate A]

6    touch you?

7    A.    No.

8    Q.    Did you touch [Inmate A]

9    A.    No.  I wanted to.

10   Q.    And what did you want to do?

11   A.    I wanted to smash his face in.

12   Q.    Okay.  Did you?

13   A.    No.

14   Q.    Okay.  And did you report it to

15   Department of Corrections staff?

16   A.    No.

17   Q.    All right.  When was the next time he

18   sexually harassed you?

19   A.    Probably the same month, the same year.

20   Q.    So, we're talking May, 2015?

21   A.    Yeah.

22   Q.    Okay.  What happened?

23   A.    I was laying in my bed and he came in and

24   he said, Do you like men?  I said, No, I don't like

Edward Jones
June 13, 2019

**Page 38**

```
 1    men.  When you say I like men, what do you mean I like
 2    men?  He says, Do you like to have sex with men?  I
 3    said, No, I don't like to have sex with men.  He said,
 4    I want to have sex with you.  I said, Well, I'm not
 5    going to have sex with you.  Get the hell out of my
 6    cell.
 7         Q.    What happened next?
 8         A.    He left.
 9         Q.    Then what happened?
10         A.    Then what happened, I went and I told the
11    Correction Officer to keep him away from me.
12         Q.    Did you tell the Correctional Officer
13    what happened?
14         A.    Yeah.  I told him he was sexually
15    harassing me.
16         Q.    Did you tell him specifically what you
17    just testified now?
18         A.    No.
19         Q.    Who was the Correction Officer?
20         A.    Probably Officer San Francisco,
21    Francisco.
22         Q.    At this time, did [Inmate A] touch
23    you?
24         A.    No.
```

**Page 39**

```
 1         Q.    Did you touch [Inmate A]
 2         A.    No.
 3         Q.    What was the next time of him sexually
 4    harassing you?
 5         A.    The next time, I was in my cell laying
 6    down and [Inmate A] came to my door.
 7         Q.    Actually, let me back up.  When was this?
 8         A.    Probably this would be about June.
 9         Q.    2015?
10         A.    Yes.  He came to my door and I was laying
11    down watching my TV and he came in and he says, Do you
12    like fucking little girls?  I said, No.  I don't mess
13    with little girls.  Why are you asking me this?  He
14    says, Because I know a man that used to have sex with
15    his little granddaughter.  And I am like, So, why you
16    are telling me this?  He says, Because I want to have
17    sex with you.  He's like, I know you like men.  I
18    don't know why you're acting the way you're acting
19    towards me but I know you like men and I want to have
20    sex with you.  And I told him to get the hell out of
21    my cell and I told Officer San Francisco again.
22         Q.    Did you tell the Officer exactly what
23    transpired?
24         A.    Yes.
```

**Page 40**

```
 1         Q.    Did [Inmate A] touch you at this time?
 2         A.    No.
 3         Q.    Did you touch [Inmate A]
 4         A.    No.
 5         Q.    Okay.  And is your memory -- how
 6    confident are you that in repeating this stuff to me
 7    now that this is exactly what happened?
 8         A.    110 percent.
 9         Q.    110 percent?  Okay.  All right.  What is
10    the next time that [Inmate A] sexually harassed you?
11         A.    The next time [Inmate A] sexually harassed
12    me probably was in June, 2015.  I was in my cell.  He
13    came in my cell.  I was using the urinal and he was
14    trying to talk to me while I was pissing and I told
15    him, I'm not talking to you.  I don't know why you
16    keep coming to my cell.  Get away from my cell before
17    I piss on you.  And he was like, You know, you act
18    like -- you know, dudes act like they're funny just
19    because they got a big dick.  You know what I'm
20    saying?  It ain't my fault that you got a big dick,
21    you know.  And I told [Inmate A] to get away from my cell,
22    stay away from my cell.  I went and told the CO.  I
23    went and reported it to Officer Mooreland who said
24    that he was going to report it to the Mental Health
```

**Page 41**

```
 1    Clinicians and I never heard nothing else about it.
 2         Q.    Okay.  Did [Inmate A] touch you at this
 3    time?
 4         A.    No.
 5         Q.    Did you touch [Inmate A]
 6         A.    No.
 7         Q.    What was the next time he sexually
 8    harassed you?
 9         A.    The next time he sexually harassed me, I
10    was in my cell laying down.
11         Q.    Let's back up.  What month?
12         A.    Probably July.
13         Q.    2015?
14         A.    Mm-hmm.
15         Q.    Did you keep a diary or anything?
16         A.    No.
17         Q.    Did you keep any notes?
18         A.    No.  I write it down like -- I wrote it
19    down later when I remember like I go back to like when
20    I talk to my Clinician and she was like documenting
21    things.  She was writing things in her progress notes,
22    so I remember certain incidents happen on this date,
23    certain incidents happen on this date.  I really don't
24    remember the exact dates but I remember the months and
```

Edward Jones
June 13, 2019

42..45

**Page 42**

1    I remember exactly what was said and --
2        Q.    Did you -- go ahead.  Sorry.
3        A.    Around July, I was in my cell and [Inmate A]
4    [Inmate A] came and he was like, You know I like you,
5    right?  I'm like, Yeah, I like you too.  You're all
6    right, you know.  He's like, No.  I like -- I want to
7    have sex with you.  I said, [Inmate A] you're never going
8    to have sex with me.  I don't know why you keep -- you
9    know -- and I'm like, First of all, you're a rapist.
10   I'm like, Why do you keep doing this stuff?  You're
11   going to come back if you keep doing this stuff.  You
12   know, you're going to go out there and you're going to
13   rape someone else and you're going to come back.  And
14   I'm like, What is this thing you have with men, you
15   know?  And he didn't want to talk to me about it.
16              And then he leaves and he comes back
17   again and he says, you know, That fucking [redacted]
18   you know, he raped a little girl.  He raped a little
19   girl but you're friends with him, you know.  You know,
20   like [redacted] didn't rape a little girl.  I'm like,
21   [Inmate A] why you keep saying [redacted] raped a little girl?
22   But he did rape a little girl.  You're friends with
23   him, so how are you friends with him and you don't
24   want to talk to me?  I'm like, Yeah.  [redacted] is not

**Page 43**

1    chasing me down for sex.  He's not talking about how
2    big my penis is.  He's not doing this.  He's not doing
3    that.  He's not coming around when I come out the
4    shower to watch me put lotion on and stuff like that.
5    I'm like, Why do you keep coming and doing that?
6              He's like -- and he kept going on about
7    [redacted] and how [redacted] raped a little girl.  And then he
8    starts telling me about how these brothers used to
9    rape their little sister and how this uncle used to
10   rape this niece and everything.  So, I just got fed up
11   with it.  I went and told Officer Mooreland and I told
12   him that this thing with [Inmate A] is messing with me
13   mentally and I would appreciate if they move him away
14   from me, keep him away from me.
15              And Officer Mooreland went and he
16   notified the IPS Officer O'Neill.  And I spoke to
17   O'Neill about it and I told O'Neill to keep [Inmate A]
18   [Inmate A] away from me because he was messing with my
19   mental health and I'm psychologically being
20   traumatized by what he's doing and what he's saying to
21   me and it's messing me up.  And Officer O'Neill
22   referred me to mental health.  He said that he was
23   going to put a keep away order keeping [Inmate A] away
24   from me.  And from there, I hadn't seen [Inmate A] for

**Page 44**

1    months.
2        Q.    Okay.  So, Officer O'Neill told you he
3    was giving a keep away order?
4        A.    Yes.  He said he was putting a keep away
5    order in effect and keeping [Inmate A] away from me.
6        Q.    And after this incident, was -- I'm
7    sorry.  At the time, were you and Mr. [Inmate A] in the
8    RTU?
9        A.    Yes, ma'am.
10       Q.    After this incident, was [Inmate A] moved
11   from the RTU?
12       A.    After I spoke to Officer O'Neill, [Inmate A]
13   [Inmate A] was locked in his cell.  I was released back
14   to population.  [Inmate A] was locked in his
15   cell.  The following day, they came and they removed
16   [Inmate A] out of the RTU and I never seen him
17   again until October.
18       Q.    And roughly what month was this?
19       A.    This was in July.
20       Q.    2015?
21       A.    Yes.
22       Q.    Okay.  And at the time of each of the
23   times you told us about the sexually -- [Inmate A]
24   sexually harassing you, did you report each incident

**Page 45**

1    timely to your Mental Health Clinician?
2        A.    Yes.  And the last time prior to that in
3    July when I reported [Inmate A] looking at my
4    penis and telling me how big I was and telling me how
5    he wanted to have sex with me, she told me that, you
6    know, she had been reporting it to Mike Devine, Lisa
7    Mitchell, and Captain Camello and that from now on
8    that I should start doing the same because it don't
9    seem like they was listening to her.
10       Q.    And who was the Mental Health Clinician?
11       A.    Vanessa Martino-Fleming.
12       Q.    Okay.  And how often did you see her?
13       A.    I see her --
14       Q.    Back in 2015, how often did you see her?
15       A.    Actually, before [Inmate A] came, I was only
16   seeing her once a month.  After [Inmate A] came, I had to
17   start seeing her once a week.  Before [Inmate A] came, I
18   wasn't on medication.  After [Inmate A] came, I had to go
19   back on medication.  Before [Inmate A] came, I was in the
20   process of graduating RTU.  After [Inmate A] came, my
21   housing in RTU was extended.
22       Q.    Are you currently in the RTU?
23       A.    Yes, ma'am.
24       Q.    How do you know that [Inmate A] is a

Edward Jones
June 13, 2019

**Page 46**

1  rapist?

2  A.  I had someone look it up on Internet.

3  Q.  Who did you have look it up?

4  A.  A friend of my mind, ███████████.

5  Q.  Is that someone on the outside?

6  A.  Yes.

7  Q.  And what do you know his crime to be?

8  A.  I know that he raped a little girl in the

9  Shattuck Hospital.  She was fifteen years old and she

10  was a volunteer.  I know that her father was an

11  employee there and I know the Reporter who wrote the

12  story on it.  I know several Reporters who wrote

13  several stories on it.

14  Q.  And you know this from -- your friend

15  told you this information?

16  A.  Mm-hmm.

17  Q.  Now, what do you know the RTU to be?

18  A.  Resident -- Mental Health Residential

19  Treatment Unit.  It's to help people with mental

20  health issues.

21  Q.  So, the inmates who you know to be in the

22  RTU, do they all have mental health issues?

23  A.  Yes.  We all help each other.  We all

24  look out for each other.  We all try to do what we can

**Page 47**

1  to make things easier for each other.

2  Q.  And in any of those times when you said

3  ▇Inmate A▇ sexually harassed you, did he touch you at

4  all?

5  A.  No.

6  Q.  Did you touch him at all?

7  A.  No.

8  Q.  Did ▇Inmate A▇ sexually harass other

9  inmates?

10  A.  Yes.

11  Q.  Who?

12  A.  ███████████, ███████████, ███████████.

13  I have affidavits from them.

14  Q.  Okay.  And what was the timeframe of when

15  he harassed these other inmates?

16  A.  Before, during, and after sexually

17  harassing me.

18  Q.  Okay.  And what kind of things did he say

19  to these other inmates?

20  A.  Same things.

21  Q.  Did any of these other inmates file

22  lawsuits?

23  A.  No.  They reported it though.

24  Q.  And who did they report it to?

**Page 48**

1  A.  Mike Devine, Lisa Mitchell, Captain

2  Camello, Mental Health Clinicians.

3  Q.  Did ▇Inmate A▇ sexually target you?

4  A.  Yes.

5  Q.  How? `

6  A.  Targeted me by specifically coming to my

7  cell, by specifically pursuing me for sex, by

8  specifically talking about my private parts, by

9  specifically waiting until I got out the shower to

10  come and try to talk about how my body looked and

11  stuff like that.

12  Q.  And in your Complaint, you use the term

13  sexually target.  Other than what you just described

14  to us as sexual harassment, are there any incidents

15  that you would describe as sexual targeting?

16  A.  Yeah.  When an inmate asks you for sex,

17  when an inmate waits for you to come out the shower

18  and talk about how big your penis is, when an inmate

19  waits for you to come out the shower and talks about

20  how nice your body look.

21  Q.  You just -- you actually gave us those

22  examples as sexual harassment.  Are you using the same

23  incidents as sexually targeted or do you have other

24  incidents that you would say are sexually targeting?

**Page 49**

1  A.  As far as I'm concerned, it's all sexual

2  targeting.

3  Q.  Okay.  I just want to make sure I'm

4  clear.  Are you using the term sexually target and

5  sexual harassment interchangeably?

6  A.  It's the same thing.

7  Q.  Okay.

8  A.  I was sexually targeted personally by

9  ▇Inmate A▇

10  Q.  Okay.  Are there any other incidents up

11  to July, 2015 that ▇Inmate A▇ either sexually harassed

12  you or sexually targeted you that you didn't just

13  describe to us now?

14  A.  Yeah.  It's a lot things that he would

15  do.  He would come and come to my cell when I got out

16  the shower, you know, talk about how nice my body

17  looked and, you know, how big my thing -- and he would

18  always talk about how big my penis is.

19  Q.  And when did this happen?

20  A.  How he wanted to suck it and stuff like

21  that.  It happened from June, May to July.

22  Q.  And who did you tell?

23  A.  And October.  I told Mike Devine.  I told

24  Captain Camello.  I told Lisa Mitchell.  I told my

**Reporters, Inc.**
**617-786-7783**

Edward Jones
June 13, 2019

Page 50

1 Mental Health Clinicians.  I told ▮Inmate A▮ Mental
2 Health Clinician.
3   Q.    Who was ▮Inmate A▮ Mental Health Clinician?
4   A.    I think it was Mariah.
5   Q.    Okay.  Now, when you told Lisa Mitchell,
6 where did you tell her?
7   A.    I told her at my cell.  I told her at
8 happy hour.  I told her in the hallway.  She would do
9 rounds.  I would tell her to please keep him away from
10 me.  I wrote her grievances telling her.  I wrote her
11 letters telling her.
12   Q.    How many times?
13   A.    At least four.
14   Q.    Okay.  When did you tell Mike Devine?
15   A.    I told Mike Devine on a daily basis.  I
16 told him almost every day.
17   Q.    And what did he say?
18   A.    To keep ▮Inmate A▮ -- he said that they was
19 working on it, that ▮Inmate A▮ didn't have a filter.
20   Q.    And what about Captain Camello?
21   A.    Captain Camello kept telling me that
22 ▮Inmate A▮ he would remove ▮Inmate A▮ and ▮Inmate A▮ wouldn't be
23 back.  A week later, ▮Inmate A▮ would be back.
24   Q.    Where do you think ▮Inmate A▮ should have

Page 51

1 been moved to?
2   A.    The treatment center.  ▮Inmate A▮ is a sexual
3 deviant.
4   Q.    And is that based on your personal
5 opinion or has anyone advised you that?
6   A.    It's based on my personal opinion of how
7 I was targeted and how I was pursued by ▮Inmate A▮
8   Q.    Did ▮Inmate A▮ sexually target other
9 inmates?
10   A.    Yes.
11   Q.    Who?
12   A.    I just told you.
13   Q.    Okay.  So, when you said -- my question
14 was, did ▮Inmate A▮ sexually harass other inmates but
15 are you using the term sexual harassment and sexually
16 target interchangeably?
17   A.    It's the same thing.
18   Q.    Okay.  Did he say the same things to you
19 that he -- to other inmates?
20   A.    No.
21   Q.    Was he trying to -- did he ask other
22 inmates to have sex with them?
23   A.    Not too sure.
24   Q.    Did he make comments to other inmates

Page 52

1 about their body parts?
2   A.    Yes.
3   Q.    To which inmates?
4   A.    I don't know.  I have affidavits but I
5 don't know which ones.
6   Q.    What kind of things did he say to other
7 inmates?
8   A.    He was talking to other inmates about
9 their private parts.  He was talking to other inmates
10 about raping little girls.  He was talking to other
11 inmates about having sex with men.  He was talking to
12 the other inmates about all that stuff.
13   Q.    And did you overhear him tell any other
14 inmates this?
15   A.    No.  I just have affidavits from them.
16   Q.    Now, when you were in the RTU, was it a
17 single cell or did you have a cellmate?
18   A.    I had a cellmate.
19   Q.    Okay.  Did your cellmate witness any of
20 these incidents with ▮Inmate A▮
21   A.    Yes.
22   Q.    Who was your cellmate?
23   A.    ▮▮▮▮▮▮ -- ▮▮▮▮▮.
24   Q.    And what was his response?  How many of

Page 53

1 these incidents did he witness?
2   A.    He witnessed a lot of incidents.  He
3 witnessed me -- the destruction that ▮Inmate A▮ put on me.
4 He witnessed me having nightmares and going through
5 what I went through.
6   Q.    Now, did he witness any of these comments
7 that ▮Inmate A▮ made to you?
8   A.    Yes.
9   Q.    Was he present for any of that?
10   A.    Yes.
11   Q.    How many was he present for?
12   A.    Probably once or twice.
13   Q.    And what was his response?
14   A.    You better stay away from that dude.
15 That dude wants you.
16   Q.    Was ▮Inmate A▮ asking other inmates to have
17 sex with him?
18   A.    He was asking everybody.  He was doing
19 this to all types of people, even staff.  Ashley.  He
20 wrote Ashley, the Mental Health Caseworker, a note.
21   Q.    And what did that note say?
22   A.    Talking about how he liked her.  I don't
23 know specifically what it said but everybody knows.
24 I'm not the only person he targeted.

**Reporters, Inc.**
**617-786-7783**

Edward Jones
June 13, 2019

58..61

---

**Page 58**

```
1   on it.
2        Q.    Whose name was on it?
3        A.    Camera Camello and Captain Pascucci.
4        Q.    Did you ever see this memo?
5        A.    Yes.  It was in my housing unit in the
6   office.
7        Q.    And did it specifically say that Inmate A
8   ████████ was to be kept away from you?
9        A.    Yes.  Me specifically, personally.
10       Q.    Did it list any other inmate names?
11       A.    No.  It says prior to me, prior to A1,
12  going to get -- A1 and A2 going to get medication,
13  Inmate A  was to get his medication first, go
14  back to his unit, then A1 and A2 was supposed to be
15  called from medication.   Inmate A   was not to
16  come into contact with me at any time.
17       Q.    Okay.  After the day when he was -- when
18  they attempted to move him to the RTU, when was the
19  next time you saw Inmate A
20       A.    October 24th.
21       Q.    2015?
22       A.    2015.
23       Q.    And where was that?
24       A.    In the chow hall.
```

**Page 59**

```
1        Q.    Had you seen him in the chow hall prior
2   to this?
3        A.    Yes.
4        Q.    Okay.  So, prior to October 24th, how
5   many times had you seen him?
6        A.    I seen him sporadically in the chow hall.
7        Q.    Okay.  So, after he was moved out of the
8   RTU in July, you saw him one other time --
9        A.    I probably --
10       Q.    -- in October?
11       A.    -- seen him two times prior to that in
12  the chow hall.  One time, I was in the chow hall and
13  he came to sit beside me and he said that he was still
14  watching me and that he still wanted it.  And I went
15  and I told Vanessa and she said that she was going to
16  write it up.
17             About a week later, I seen him again and
18  he didn't say anything to me but he moved closer to my
19  table and he was talking loud enough for me to hear.
20  I wasn't paying no mind.  I just got up and left.  And
21  on October 24th, I was in the chow hall eating my food
22  by myself and Inmate A came in and he went in the back
23  somewhere.  I don't know where he was and next thing I
24  know, I'm eating my food.  I hear him right behind me
```

**Page 60**

```
1   and he's talking about how he wants to have sex with
2   me, how he still wants to have sex with me, how I have
3   a big dick and how he hasn't forgotten about me.
4             And I get up and I call Officer
5   Mooreland.  I said, Officer Mooreland, you know, this
6   guy is not supposed to be around.  There's a notice in
7   the office, a memo, that you work in my unit.  You
8   have seen the memo.  You know he's not supposed to be
9   around me.  He's over here.  He's sexually harassing
10  me.  He's talking about how big my penis is and I wish
11  you would get him away from me.  Officer Mooreland
12  told Inmate A to go back to his seat, wherever he was
13  sitting.  I don't have no idea where he was sitting.
14  And Inmate A was like he's not doing nothing but talking
15  to me.  I said, I don't want to talk to him.  I'm not
16  listening to him.  I don't want him talking to me.
17  And Officer Mooreland says, He don't want you talking
18  to him.  I want you to go back.  I'm giving you an
19  order to go back to your seat.  Inmate A gets mad.  He
20  snatches up his tray.  He goes back and he slams his
21  tray down and he says while he's sitting, while he's
22  going to the back, Yeah.  That's why I seen the guy in
23  your room while your hands was in the air sucking your
24  nipples.  And I said to him, I said, You're the one
```

**Page 61**

```
1   who did that, right?  I said, Okay.  Which I had
2   already knew about because Captain Camello had told me
3   he did it.  And I was like, That's why you're on your
4   way to the treatment center because that's where you
5   belong because you're going back out there and you're
6   going to rape someone else.
7             Officer Mooreland told Inmate A to shut up
8   and to leave me alone.  And Inmate A sat in the chow --
9   back of the chow hall and he starts telling the whole
10  chow hall how big my penis was and how he wanted to
11  have sex with me and how he knew I liked men and how
12  he knew I wanted to have sex with him.  I was just
13  playing hard to get.  And Officer Mooreland told
14  Inmate A to leave.  That's enough.  Leave the chow hall.
15  Inmate A was leaving the chow hall and he came over to
16  my table and says, I want to kiss you.  I was like, If
17  you don't get away from me, I'm going to smash your
18  face in.  He was like, Yeah.  I'm going to stab you
19  with my fork.  As soon as I drop off my tray, I'm
20  going to stab you with my fork.  That's when I got up
21  and I approached Inmate A Inmate A broke his fork and he
22  stabbed me with it.
23       Q.    When he said he was going to stab you
24  with his fork, did you tell any Officer?
```

**Edward Jones**
**June 13, 2019**

**Page 62**

1    A.    The Officer was right there.  The
2  Officers got up and ran out the chow hall when he said
3  he was going to stab me with his fork.
4    Q.    What Officers were they?
5    A.    Officer Mooreland, Officer -- the
6  Lieutenant, all of them.  They all left.
7    Q.    They all left the chow hall?
8    A.    Mm-hmm.  They all ran out when he said he
9  was going to stab me with his fork.
10   Q.    And in the chow hall, there was the
11  Officer and there were other -- the chow hall was
12  still filled with inmates, right?
13   A.    The chow hall was full of inmates and
14  full of Officers.  It was probably six Officers in the
15  chow hall.
16   Q.    So, how many Officers ran out?
17   A.    All of them.
18   Q.    All six ran out?
19   A.    Mm-hmm.
20   Q.    Okay.  And then what happened?  He
21  stabbed you?
22   A.    Yeah.
23   Q.    What happened?
24   A.    I got up.  And he put his hands up as

**Page 63**

1  though he was going to stab me.  I put my hand out to
2  block it and he stabbed me in the hand and me and him
3  got into a fight and I got the better of him.
4    Q.    You got the better of him?
5    A.    Yes.
6    Q.    Okay.  And what happened after the fight?
7    A.    After the fight, we was taken to Newman's
8  and [Inmate A] was still talking about how he
9  wanted to have sex with me.  All of this had to happen
10  because you don't want to have sex with me and I know
11  you like men.  He kept saying he knew I liked men.  He
12  -- for some reason, he knew I liked men he kept
13  saying.
14   Q.    Did you ever have sex with Mr. [Inmate A]
15   A.    No.  I never had sex with no man.  Only
16  time a man took sex from me.
17   Q.    Now, the fight in the chow hall -- prior
18  to the fight in the chow hall, had Mr. [Inmate A] ever
19  touched you?
20   A.    No.
21   Q.    Prior to the fight in the chow hall, had
22  you ever touched [Inmate A]
23   A.    No.  Mr. [Inmate A] threatened me before.
24  He has threatened to do something to me.  He has

**Page 64**

1  threatened that he can beat me and I can't beat him,
2  that I think I'm tough and stuff like that.  He would
3  say stuff like that, You think you tough.  You can't
4  fight.  You probably can't fight anyone.  I bust your
5  ass.  And he would say stuff like that when he would
6  walk away.  When he would be in his cell, you would
7  hear him talking.  I would be like, Man, fuck that
8  dude.
9    Q.    When was this?  When would he say stuff
10  like that?
11   A.    It was sporadically.  Like I would tell
12  him, Get the hell out my room.  Get out my room.
13  Don't come around here.  Don't talk to me.  I don't
14  want to talk to you.  And he would walk away, go in
15  his room.  You would hear him mumbling, you know,
16  Fucking dude think he's tough, you know.  He can't --
17  probably can't fight.  You know, I bust his ass, you
18  know, or something like that.
19   Q.    Was this when you both lived in RTU?
20   A.    Yeah.
21   Q.    Now, have you had a chance to review your
22  mental health records from Vanessa Martino-Fleming at
23  all?
24   A.    I have -- to review them since when?

**Page 65**

1    Q.    At any point in this litigation.
2    A.    Yeah.
3    Q.    I know they have been turned over.
4    A.    Yeah.
5    Q.    And are all these incidents that you have
6  told us about, are they all detailed in the --
7    A.    Yeah.
8    Q.    -- mental health notes?
9    A.    Like this stuff, I can -- if I were to
10  look at some of her progress notes or some of her
11  reports and there's like stuff that I am forgetting
12  now that I can't tell you that it would bring back my
13  memory to what would happen.  You know, like even like
14  if I were to go to sleep, if I were to take a nap, I
15  would probably have a dream about some of the shit
16  that happened or stuff like that or just lay back and
17  just close my eyes and it would be flashbacks and
18  stuff like that, you know.
19         But it's like -- it's difficult with the
20  mental illness that I'm going through to really
21  recollect and remember like all the stuff that I
22  feeling, all the stuff that I was going through, all
23  the stuff that was said to me, all the stuff how I was
24  pursued, how I was targeted, and sexually harassed and

Edward Jones
June 13, 2019

**Page 66**

1  stuff, you know.  And it makes me -- like women, you
2  know, it's like now I understand.  I see all this
3  stuff on the news with the women and stuff and I
4  understand what they go through, what they're going
5  through and what's been happening, so it's like
6  difficult.
7       Q.     Now, if you have told us about an
8  incident here and it's not in Ms. Martino-Fleming's
9  notes, does that mean it didn't happen?
10      A.     No, because a lot things, it took awhile
11  for me to start reporting it to.  You know, it's like
12  -- it's funny when people that sexually harass, people
13  that have a history of sexual abuse and stuff, you go
14  years and years and years without divulging what
15  happened to you, especially when you're a man,
16  especially when you're a black man because the last
17  thing you want is someone to look at you in that
18  light, to look at you as though you're weak, as
19  though, you know, you're sexually targeted, as though
20  you're sexually weak and stuff like that.  That's the
21  last thing you want.
22      Q.     Well, let me back up for a second.
23  Earlier, you testified that you told Ms.
24  Martino-Fleming timely about every incident.  Are you

**Page 67**

1  now saying you didn't?
2       A.     It probably wasn't timely.  Like I would
3  see her once a week or once -- in the beginning, it
4  was once a month.  Then it became once every two
5  weeks.  Then it became once a week.  So, it would be
6  like -- it could happen like three days ago and I
7  would see her today for a meeting and then I would
8  tell her, Yeah, you know, this happened then.  Like
9  even when like Inmate A doing things, me seeing him
10  before the incident in the chow hall and him like
11  moving close to me, repeating things and saying
12  things.  Like I would say something to her and she was
13  like, You want me to report it?  I can report it if
14  you want me to or I can let them know about it and
15  hopefully it will stop.  You know what I'm saying?
16      Q.     Did you report every incident of sexually
17  harassment or sexual targeting to Ms. Martino-Fleming?
18      A.     Not every incident.  I didn't report
19  every incident to Lisa Mitchell.  I didn't report
20  every incident to Camello or --
21      Q.     Which ones did you report to Ms.
22  Martino-Fleming?
23      A.     I reported the ones that really affected
24  me.

**Page 68**

1       Q.     And which ones were those?
2       A.     The ones where he was really asking for
3  sex and really drilling me, talking about my penis and
4  how big it was and you, you know, like targeting me after
5  I come out of the shower.  It's like even my roommate,
6  like if I'm in the shower and I come out of the
7  shower, we have respect for each other.  Like, He's
8  coming out the shower, and they leave or go to the
9  play area or the common area, let him get dressed or
10  whatever.  You know what I'm saying?  You have respect
11  for each other.
12             But when you have a guy that's waiting
13  for you to come out the shower to come and talk to
14  you, to come and look at you while you're putting
15  lotion on, you're butt naked and stuff like that and
16  talk about your penis and stuff, you're in a whole
17  other realm, a whole other avenue but, yeah, I
18  reported it.  I reported mostly everything to her
19  because I felt comfortable with talking to her.  I
20  felt comfortable --
21      Q.     To Ms. Martino-Fleming?
22      A.     Yeah.  I been -- she's been my Mental
23  Health Clinician since 2010.  Straight out.  She left
24  and then she came back and then she was my Mental

**Page 69**

1  Health Clinician again.  It's like even when it came
2  to me first reporting the sexual abuse in my life and
3  knowing that I had PTSD, it had to be with someone --
4  this lady, I don't know who this lady was who first
5  told me where all my problems originated from and how
6  they originated from and what I had and why I had it
7  and what happened to me and what I was suffering from.
8  It was someone that I trusted and I still don't
9  remember this lady's name.  I forgot her name.  She
10  was a Psychiatrist at Southeast Correctional Facility
11  and it was when I first opened up about everything
12  that was happening, that happened to me, you know,
13  that this was the reason why my recidivism was the way
14  it was, why I stayed high on drugs, why I wanted to
15  stay high on drugs, why I was having problems with
16  sleeping, why I was going through what I was going
17  through.  I never knew about how this affected me and
18  stuff like that.
19      Q.     So, how many times did Mr. Inmate A ask
20  you to have sex with him?
21      A.     Over and over and over, like at least
22  five, six.
23      Q.     How many times did Mr. Inmate A comment
24  on the size of your penis?

Edward Jones
June 13, 2019

**Page 70**

1  A.  At least five or six.  He commented on a
2  daily basis.  It's like he seen it one time, seem me
3  taking a piss and he just kept going.  He just took it
4  and ran with it.
5  Q.  So, now, I had asked you prior to give us
6  every incident of when either [Inmate A] sexually
7  harassed you and sexually targeted you and now you're
8  saying there's --
9  A.  It was ongoing.  It was ongoing from
10  June, from May to October until I stopped him.
11  Q.  Well, actually, let's back up for a
12  second.  He was -- from -- you said in July, he left
13  the RTU?
14  A.  Right.
15  Q.  The day he came back to the RTU in
16  October, which you said was for a short period of
17  time, did you have any contact with Mr. [Inmate A]
18  A.  Well, I think I think I think I think I
19  seen him again in August.
20  Q.  Okay.  August --
21  A.  I think it was in August when I reported
22  it to O'Neill.  It was in July or August, so.
23  Q.  What happened?
24  A.  That was when he came to my cell and I

**Page 71**

1  kept telling him to get out and that was when I
2  reported it to Officer Mooreland.  And O'Neill had a
3  talk, and [Inmate A] admitted it to O'Neill.  He didn't
4  want to admit it during his deposition but [Inmate A]
5  admitted what he was doing to O'Neill.
6  Q.  How do you know that?
7  A.  Because O'Neill told me.
8  Q.  When did O'Neill tell you?
9  A.  After he put [Inmate A] -- after [Inmate A] was
10  gone.  Just like Camello was the one who told me
11  [Inmate A] was the one who put the false PREA
12  investigation against me.  I didn't know it was
13  [Inmate A] Camello told me.  He told me, Don't lose no
14  sleep over it.  Don't lose no sleep over it.  We know
15  it's not true, you know.
16  Q.  Okay.  Back up though.  From -- you said
17  from May through July, 2016 --
18  A.  Right.
19  Q.  -- have you told us of every incident
20  where [Inmate A] either sexually harassed you or
21  sexually targeted you?
22  A.  May through July?  I told you about
23  October 24th too.  I think there was an incident in
24  August too.

**Page 72**

1  Q.  Okay.  Let's back up first.  From May to
2  July, 2015, have you told us about every incident
3  where [Inmate A]ate A either sexually harassed you
4  and/or sexually targeted you?
5  A.  I'm sure I have.
6  Q.  Okay.  Now, let's go to August, 2015.
7  When did you see [Inmate A]
8  A.  I think in August, I seen O'Neill.
9  Q.  But did you see [Inmate A] in August?
10  A.  I'm not sure if it was July or August.
11  Q.  Okay.  And what happened?
12  A.  That was when I talked to O'Neill about
13  what was going on and O'Neill put the keep away order
14  keeping [Inmate A] away from me.  I think that's when they
15  moved [Inmate A] out of the RTU and sent him back to the
16  state hospital.
17  Q.  How is speaking to O'Neill was that
18  sexual harassment?
19  A.  Because I told him exactly what [Inmate A]
20  had been doing to me.  And I told him how it was
21  affecting my PTSD, how I had been put back on
22  medication, how Vanessa had been reporting this stuff.
23  And that's why he said he was going to put a keep away
24  order keeping [Inmate A] away from me.

**Page 73**

1  Q.  Had any new incidents happened that you
2  told Officer O'Neill about?
3  A.  That was an incident when [Inmate A] came to
4  my cell again and started telling me how he wanted to
5  have sex with me and how I told him to get the hell
6  out of here.  And he kept trying to talk about -- you
7  know, I told him he was coming back to jail and that
8  he needs to go to the treatment center because if he
9  don't get help for himself, he was going to go out
10  there and rape somebody else.  And that's when he
11  started telling me about, Well, you're friends with
12  [redacted]  You know, why are you friends with
13  [redacted]?  You know -- and I know you like men but [redacted]
14  [redacted], he raped and killed a little girl and you're
15  friends with him.  And I was telling him that [redacted]
16  never killed -- never raped a little girl.  He had a
17  problem with -- a death occurred with a little girl
18  but he didn't mean it.  And I was trying to explain
19  this to [Inmate A] and just [Inmate A] kept going on and on
20  about how he knows that I like to have sex with men
21  and how there was a man who raped his little niece and
22  there was three brothers who used to rape their little
23  sister and a grandfather who raped his granddaughter
24  and all of this and all of that.

**Page 74**

1        And I just went to Mooreland and I told
2  him, Listen. You got to get the guy away from me and
3  keep him away from me. And I told O'Neill that it was
4  affecting me with my PTSD, with my mental health, with
5  my depression, with my stress, and he put Inmate A on AA
6  status to keep Inmate A away from me.
7    Q.    But this, the incident was in July, 2015?
8    A.    I don't know. It was July or August.
9    Q.    Okay. But at the time of the incident,
10  Inmate A was still living in the RTU?
11    A.    Yes.
12    Q.    After Inmate A left the RTU, other than
13  the chow hall, did he sexually harass and/or sexually
14  target you?
15    A.    No, not other than being in the chow
16  hall.
17    Q.    Okay.
18    A.    Now, when you talk about the chow hall
19  incident, you're talking about -- there's a couple
20  of incidents before October 24th. There's a couple of
21  incidents in early October where Inmate A would move
22  close to me and he would start talking about, you
23  know, how he liked men and he talked -- he would sit
24  behind me and say it loud enough so I could hear how

**Page 75**

1  he liked men with big dicks and -- you know what I'm
2  saying? And how --
3    Q.    And these were all in the chow hall?
4    A.    Yeah. And I told Vanessa. I mentioned
5  it to Vanessa. I'm like, He's not really saying it to
6  me right now but he's sitting close to me and he's
7  saying it loud enough for me to hear. She's like,
8  Well, do you want me to report it? I'm like, Yeah,
9  I think you should because I know he's targeting me.
10    Q.    And how many times was this?
11    A.    This was twice but I think I only told
12  her one time about it. The first time, I let it go.
13  The second time, I had met with her and she was like,
14  How have you been doing? Has Inmate A been keeping away
15  from you? And I told her, I'm like, No. You know,
16  he's -- there's a couple of incidents that happened
17  but, you know, just the other day now that you mention
18  it, this is what happened. And she was like, Well,
19  I'll write it up. I'll report it just so they'll know
20  to keep an eye on him.
21    Q.    How did you know that Inmate A was
22  targeting you in the chow hall?
23    A.    Because who else is he talking about when
24  I'm the only one sitting there and you come -- you

**Page 76**

1  move from back there and you come and sit behind and
2  start talking about someone with a big thing. That
3  was his main thing with me about me having a big dick.
4    Q.    Was he sitting with any other inmates at
5  the time in the chow hall?
6    A.    No.
7    Q.    He was sitting by himself?
8    A.    Yes.
9    Q.    Both times?
10    A.    Mm-hmm.
11    Q.    Okay. Were there any other inmates
12  nearby?
13    A.    No.
14    Q.    How close was --
15    A.    On October 24th, there was.
16    Q.    Okay. The other two incidents prior to
17  October 24th, how close were the closest inmates to
18  you and Mr. Inmate A ?
19    A.    Probably a table away. There was inmates
20  in front of me. I don't know who was in back of me.
21  I didn't really want to look in back of me because I
22  knew he was back there and I didn't want to look him
23  in the face. I didn't want to look at his eyes. I
24  didn't want to see him.

**Page 77**

1    Q.    So, Inmate A was in back of you?
2    A.    Yeah. He was sitting back of me and I
3  would hear him.
4    Q.    And you don't know how many other inmates
5  were behind?
6    A.    No.
7    Q.    Was he sitting by himself?
8    A.    I can't really say because I wouldn't
9  looked behind.
10    Q.    So, is it possible that he was talking to
11  other inmates?
12    A.    Not like that.
13    Q.    Okay. Have you ever sexually harassed
14  another inmate?
15    A.    No.
16    Q.    Have you ever sexually assaulted another
17  inmate?
18    A.    No. Never.
19    Q.    Did you personally ever speak to Captain
20  Camello about Inmate A ?
21    A.    Yes.
22    Q.    Okay. Let's go through each time. When
23  did you speak to him?
24    A.    I spoke to him on -- I can't give you the

Edward Jones
June 13, 2019

82..85

**Page 82**

1  retaliation from me reporting him sexually harassing
2  me to Officer O'Neill.  Because after I reported him,
3  I think it was August 19th, July or August 19th, after
4  I reported him for sexually harassing me to Officer
5  O'Neill, he did that to me in return for reporting the
6  sexual harassment against him.  This happened like two
7  days later or the next day.
8       Q.     Is retaliation is a term you used or did
9  anyone tell you it was retaliation?
10      A.     No.  It's a term I use.
11      Q.     When did you --
12      A.     It's -- and I'm not the only one that
13  he's done this to.
14      Q.     Who else did he do it?
15      A.     Officer Matthew McGurn at
16  Souza-Baranowski Correctional Center.
17      Q.     This is the ▆▆▆Inmate A▆▆▆?
18      A.     ▆▆▆Inmate A▆▆▆ put a false PREA
19  investigation against him too.
20      Q.     How do you know this?
21      A.     Because I know.
22      Q.     How do you know?
23      A.     An inmate told me that he came from
24  Souza-Baranowski.

**Page 83**

1       Q.     And what do you think happened?
2       A.     They found an unfounding.
3       Q.     Was the PREA investigation against you
4  unfounded?
5       A.     Yes.
6       Q.     All right.  Let's go -- I just want to
7  back up.  When else did you speak to Captain Camello?
8       A.     I spoke to Captain Camello after that.  I
9  spoke to Captain Camello during another PREA
10  investigation where I knew he was involved in and I
11  told him --
12      Q.     Who is he?
13      A.     Camello.
14      Q.     Captain Camello?
15      A.     Yes.
16      Q.     When was that?
17      A.     This was probably in September.
18      Q.     2015?
19      A.     Yes.
20      Q.     And what was this PREA investigation
21  about?
22      A.     After everything I went through with
23  ▆Inmate A▆, I started having wet dreams and nightmares,
24  bad nightmares and bad wet dreams.  And in the middle

**Page 84**

1  of the night, I would have like two or three episodes
2  at one time.  And I was living in a room with ▆▆▆▆
3  ▆▆▆▆, and one morning, I had a wet dream and I had
4  to clean myself and I couldn't do it with ▆▆▆▆
5  ▆▆▆▆ in the room because he was up watching TV.  So,
6  what I did, I called the CO, told the CO that I needed
7  to go to HSU for a minute to wash up, to clean myself,
8  clean my clothes, change my sheets because I had a wet
9  dream.  And while I was in HSU, somebody determined
10  that -- somebody wrote a report that said that I told
11  the CO that I couldn't trust myself around ▆▆▆▆
12  ▆▆▆▆ and somebody initiated another PREA
13  investigation against me.
14      Q.     Who said that you couldn't trust yourself
15  around ▆▆▆▆?
16      A.     Officer Oliveira.
17      Q.     Was that his own opinion?
18      A.     He reported it to Captain Camello who
19  reported it to the IPS and the IPS did another PREA
20  investigation on me.
21      Q.     Was ▆▆▆Inmate A▆▆▆ involved in that PREA
22  investigation at all?
23      A.     No.
24             And did you speak to Captain Camello

**Page 85**

1  about the second PREA investigation?
2       A.     Yeah.  I asked him why would he do that
3  knowing everything I been through after the first one.
4       Q.     And what did Captain Camello tell you?
5       A.     He don't know nothing about it but I know
6  for a fact that he was the shift commander that day.
7  I know for a fact that when -- that he sent the guy up
8  to the kitchen to get me to go talk to the IPS about
9  another PREA investigation.  I'm like, Why would you
10  put me through a PREA investigation knowing what I
11  just went through mentally and psychologically after
12  this first one?
13      Q.     How do you know that he was a shift
14  commander?
15      A.     Because Oliveira reported it to him.
16      Q.     Do you think -- strike that.
17             Do you think IPS should not have
18  investigated the incident?
19      A.     No.  It's not about whether you
20  investigated it or not.  It's whether or not it's
21  following procedure and what you're doing.  It's not
22  documented like the way it's supposed to be
23  documented.
24      Q.     What way was it supposed to be

**Page 90**

1   Q.   Where was your cell?  Was it in the RTU?
2   A.   No.  It was in HSU.  I was on crisis
3  watch, suicidal watch.
4   Q.   Why were you on suicidal watch?
5   A.   Because I got into a fight with the guy.
6  The guy had sexually harassed me.  We had got into a
7  fight and I just felt like I didn't want to live.  I
8  wasn't taking no insulin.  I was going to fucking just
9  die.  Fuck it.
10   Q.   Did you tell mental health staff that you
11  wanted to die?
12   A.   Yeah.  I told them that.  It wasn't the
13  first time.
14   Q.   Okay.  So, Captain Camello came up to the
15  HSU?
16   A.   Mm-hmm.
17   Q.   And what happened?
18   A.   He asked me what happened and I told him
19  the same thing that you all knew was going to happen
20  that happens at every other damn jail that Inmate A goes
21  to and told him it was his fault.
22   Q.   Whose fault?
23   A.   Captain Camello's.
24   Q.   And why was it his fault?

**Page 91**

1   A.   Because he's the one that kept moving
2  Inmate A He did the housing assignment.  He's the one
3  who kept moving Inmate A next door to me, across the
4  hall, down the hall, on the same tier, and I told him
5  that.
6   Q.   And what did Captain Camello say?
7   A.   He said that there was nothing else he
8  could do.  There's no place -- there was no place to
9  house Inmate A And I told him, The only place you can
10  house him is on the same tier with me?  He's like,
11  Well, he has conflicts with other guys on the tiers.
12  I felt that you were strong enough to handle it.
13   Q.   Okay.  And then what happened?
14   A.   That was it.  He walked away.  Told him
15  to hell with him.
16   Q.   And then did you speak to Captain Camello
17  again after that about Inmate A
18   A.   No.
19   Q.   After the fight in the chow hall, did you
20  ever see Inmate A again?
21   A.   No.
22   Q.   So, you have not seen Inmate A since
23  October, 2015?
24   A.   No.

**Page 92**

1   Q.   Do you write to Inmate A
2   A.   No.
3   Q.   Does he write to you?
4   A.   No.
5   Q.   Have you had any contact with Inmate A
6   A.   No.
7   Q.   Have you had any contact with Inmate A
8  through like a third party or anything?
9   A.   No.
10   Q.   Okay.  Did you personally ever speak to
11  Deputy Devine about Inmate A
12   A.   Yes.
13   Q.   Did you speak to him or did you write to
14  him?
15   A.   I spoke to him personally.
16   Q.   And when did you speak to Deputy Devine
17  about Inmate A
18   A.   I spoke to Deputy Devine in July.  I
19  spoke to Deputy Devine in August.  I spoke to Deputy
20  Devine in September and October.  I spoke to him like
21  four, five times about Inmate A
22   Q.   And this is all 2015?
23   A.   Yes.
24   Q.   Let's start with the first time.  When

**Page 93**

1  was the first time you spoke to Deputy Devine about
2  Inmate A
3   A.   First time I spoke to Deputy Devine was
4  at happy hour.  I told Deputy Devine that Inmate A was
5  sexually harassing me and that I was feeling real
6  uncomfortable with it and that I would appreciate if
7  they would remove him from being around me.
8   Q.   And what month was this?
9   A.   This was probably around July.
10   Q.   2015?
11   A.   Yes.
12   Q.   And what did Deputy Devine say?
13   A.   He said he was going to look into it.
14   Q.   And did he?
15   A.   I never heard nothing back from it.
16   Q.   Okay.  And when you told Deputy Devine
17  that Inmate A was sexually harassing you, did you give
18  him specifics of what the sexual harassment was?
19   A.   No.
20   Q.   Did you just say sexually harass?
21   A.   I told him he was sexually harassing me
22  and targeting me.  Sexually harassing me and targeting
23  me.
24   Q.   Did Devine ask you what you meant

**Edward Jones**
**June 13, 2019**

Page 98

```
1        Q.     What was he lying to you about?
2        A.     About the PREA investigation.  I said,
3   You told me that I hadn't been through no PREA
4   investigation.  You told me that there was no
5   paperwork surrounding the PREA investigation.  You're
6   lying to me.  You lied to me.  So, now you're going to
7   come and talk to me about me getting into a fight when
8   I had asked you to keep him away from me.  You didn't
9   keep him away from me and this is the results of what
10  happened.  I said, Now I got stiches in my hand.  My
11  hand hurts and I'm going through all the rest of this
12  stuff, you know.  And I was like, And I want -- I
13  said, I want the paperwork surrounding the PREA
14  investigation.  And he was like, No paperwork exists.
15  They kept telling me to let it go, don't worry about
16  it.  Let it go.
17       Q.     Did you get any disciplinary reports as a
18  result of the PREA investigation?
19       A.     No.  I got a D report for a fight.
20       Q.     Now I want to go back to each time you
21  specifically spoke to Deputy Devine about [Inmate A]
22  So, when was the first time?
23       A.     First time was like in July.
24       Q.     You said at access hour?
```

Page 99

```
1        A.     Yeah.
2        Q.     Okay.  When was the next time you spoke
3   to Deputy Devine about [Inmate A]
4        A.     The next time was probably in August.  I
5   wrote back to him about the PREA investigation and I
6   told him that he said he was going to look into [Inmate A]
7   [Inmate A] being kept away from me and what happened.
8   He said he was going to talk to mental health, to
9   residential treatment, to the clinicians.
10       Q.     So, in August, you spoke to Deputy Devine
11  about the PREA incident and also about [Inmate A]
12       A.     Yeah.  And July.
13       Q.     Okay.  And then when did you next speak
14  to Deputy Devine about [Inmate A]
15       A.     In October.
16       Q.     Was that before or after the fight?
17       A.     After the fight.
18       Q.     Okay.  So, you have only told me about
19  three times when you spoke to Deputy Devine about
20  [Inmate A]
21       A.     I spoke to him like four or five times
22  probably.
23       Q.     Okay.  And when were those other times?
24       A.     It was probably after the fight.  I was
```

Page 100

```
1   in the hole.  I was in the hole and I just kept
2   blaming him, telling him if you all would -- if you
3   would have told him to move him away from me -- and
4   that's when I found out that the RTU Clinicians, that
5   they had -- they said they had been telling him about
6   to keep us separated at the triage meetings.  They
7   said, Well, we been telling them at triage meetings
8   because I was at a point where I'm just blaming
9   everybody because I was blaming them too.  And I don't
10  even want to talk to none of y'all no more because I
11  been telling you all this stuff and all this stuff is
12  happening to me now.  And now I'm stabbed in the hand.
13  Now I'm going through this.  I'm going through that,
14  and I'm back on medication and, you know, nobody
15  wanted to do nothing.  Everybody was just doing what
16  they wanted to do to keep [Inmate A] at OCCC.
17       Q.     Now, when you said you were blaming him,
18  were you blaming Deputy Devine?
19       A.     I was blaming Deputy Devine.  I was
20  blaming Camello.  I was blaming Mitchell.  I was
21  blaming RTU and everything because nobody wouldn't
22  tell me nothing.  Nobody wasn't giving me anything.
23  Nobody wasn't telling me a thing.  And, you know, I
24  didn't know.  At that time, I didn't know that the RTU
```

Page 101

```
1   was elaborating on my behalf and trying to read the
2   progress notes, I didn't know nothing about Vanessa's
3   progress notes and nothing like that, you know, that
4   they have been talking to them and telling them about
5   everything I was complaining about.  I didn't know
6   none of that.  I'm like -- you know.  And I thought as
7   far as I was concerned, nobody just cared.  They just
8   wanted to keep [Inmate A] here at any means
9   necessary so that he wouldn't have to go nowhere else
10  and no one else wouldn't have to suffer but they was
11  pushing his suffering on me.
12       Q.     Okay.  So, I want to back up for a
13  second.  So, Deputy Devine, you spoke to him once,
14  July, 2015, once in August 2015 about [Inmate A] Then
15  you said the other times you spoke to him were after
16  the fight in the chow hall?
17       A.     Yeah.
18       Q.     All right.  Were there any other times
19  between July and up to the fight in the chow hall
20  where you spoke to Deputy Devine?
21       A.     No.
22       Q.     Okay.  Now, did you ever blame [Inmate A]
23  for any of this?
24       A.     No.  I blamed them.  I didn't blame him
```

**Edward Jones**
**June 13, 2019**

102..105

---

**Page 102**

1  because he got a problem and it was up to them to deal
2  with his problem.  It wasn't up to me to deal with
3  ███Inmate A███ problem.  It was their problem.  It
4  shouldn't have been my problem.
5     Q.   Have you complained about any other
6  inmates?
7     A.   No.  I've never had a problem like that
8  with no -- I been in jail since I been eighteen years
9  old and I'm fifty-four now.  I have never had a
10 problem like that with another inmate.
11    Q.   Did you personally speak to
12 Superintendent Mitchell about ██Inmate A██
13    A.   Yes, I have.
14    Q.   Did you write her any letters?
15    A.   Yes, I have.
16    Q.   How many letters did you write her?
17    A.   I wrote her two or three times.
18    Q.   And in what timeframe?
19    A.   Within a matter of -- I wrote her in
20 probably July.  I wrote her in August, and I wrote her
21 in September.
22    Q.   Is it all 2015?
23    A.   Yes.
24    Q.   And did she respond to any of your

**Page 103**

1  letters?
2     A.   Yeah.
3     Q.   How many of them did she respond to?
4     A.   Two.
5     Q.   And did you personally -- did you ever
6  speak to her about ██Inmate A██
7     A.   Yes.
8     Q.   About how many times?
9     A.   About two.
10    Q.   And when were those times?
11    A.   One time was at access hour and another
12 time was at the door of my cell.
13    Q.   Let's back up.  What month was access
14 hour did you speak to her?
15    A.   Probably in August.
16    Q.   2015?
17    A.   Yeah.
18    Q.   And what did you say to her?
19    A.   I told her that I was tired -- I have
20 been asking for ██Inmate A██ to be removed from
21 being on the same tier, be removed from the vicinity
22 of me, that he was sexually harassing me and targeting
23 me and that I was tired of it.  And either they was
24 going to stop it or I was going to stop it, you know.

**Page 104**

1     A.   And she was like, you know, We have a
2  problem with ██Inmate A██ and we're working on dealing with
3  him.  A few days later, they moved him to the state
4  hospital.  And the next time I seen her was at the
5  door of my cell and I was telling her about the PREA
6  investigation, me being involved in a PREA
7  investigation.  And she told me that I wasn't involved
8  in a PREA investigation and that she didn't know what
9  I was talking about.  And actually, I spoke to her
10 about three times because I spoke to her again and it
11 had to do with ████Inmate A████ being an enemy of mine,
12 me and ████Inmate A████ having a conflict.
13    Q.   Let's back up for a second.  When you
14 spoke to her at the door of your cell, what month was
15 that?
16    A.   I think that was in August.
17    Q.   2015?
18    A.   Yeah.
19    Q.   And when you said to her that either they
20 had to do something or you were going to do something,
21 what did you mean that you were going to do something?
22    A.   I was ready to beat the hell out of
23 ██Inmate A██ to be honest with you.  That was the only thing
24 that was going to stop him.

**Page 105**

1     Q.   So, you think the only thing that was
2  going to stop ██Inmate A██ was you beating him up?
3     A.   Well, the only thing that was going to
4  stop him was them removing him from the vicinity of
5  mine or I was going to have to beat him up.
6     Q.   Okay.  So, if he wasn't --
7     A.   But then everybody was saying like -- you
8  know, everybody didn't want to see me get into a fight
9  with ██Inmate A██ They was like, The only thing that's
10 going to happen is you're going to be shipped out.
11 They're going to keep ██Inmate A██ here and you're going to
12 be sent to the max.  Based on my institutional record,
13 I probably would have been sent to the max, you know.
14 And it was like, you know, he gets into a fight with
15 everybody.  Just let it go.  He's going to get into a
16 fight with somebody.  They're going to sign a waiver
17 and then he's going to be gone.  Nobody really wanted
18 to see me get in trouble behind ██Inmate A██
19    Q.   Who is no one, nobody?
20    A.   All my friends.  Even the RTU staff, they
21 was just like, you know, Just hang in there.  And I
22 think Camello too because he just kept telling me to
23 hang in there.  And nobody wanted to see me like take
24 a fall for ██Inmate A██ you know.  They're like, Just hang

---

**Reporters, Inc.**
**617-786-7783**

**Page 106**

1  in there.  You know, just let it go.  He's going to go
2  against -- he does this everywhere he goes.  You know,
3  I didn't really know him.  I didn't really know that
4  he had issues in every damn facility in the
5  commonwealth.  So, it was like -- I was like, I don't
6  know what the hell to do.
7        Q.    How do you know that he has issues in
8  every facility?
9        A.    Because everybody that came through, they
10  was like, This dude is here?  This dude, he did this
11  to so and so.  He did this to -- that's how I found
12  out about Matthew McGurn, the CO, you know, because
13  I'm sitting here fighting this case and I'm talking to
14  someone else about it and the guy comes in from
15  Souza-Baranowski and he was like, Oh.  He did that to
16  you?  He did the same thing to Matthew McGurn.  And
17  I'm like, Who the hell is Matthew McGurn?  He's a CO.
18  He does it to them too.
19        Then another guy comes that was here when
20  he was here two years ago and, Yeah.  He wrote Ashley
21  a letter sexually targeting her.  They knew what he
22  do, you know.  So, that's why -- and, so, during
23  discovery, I'm like, No.  These people know what
24  Inmate A has been doing.  That's why I say with you,

**Page 107**

1  with her, with him, everybody know what Inmate A be
2  doing.  And you all said, Oh.  Well, I'm asking for
3  information that pertain to Inmate A That's protected
4  and all of this but I'm like, Okay.  If it has to do
5  with this, then I should be allowed to prove that I'm
6  not the only one this is happening to, that you all
7  have knowledge that this is what happens.  That's why
8  I'm pushing this discovery issue on these issues.
9        Q.    Now, when you spoke to Superintendent
10  Mitchell about the PREA investigation, did Inmate A
11  name come up at all?
12        A.    No.  I didn't tell her that I knew it was
13  Inmate A  She knew.  They all knew that I knew it was
14  Inmate A because --
15        Q.    How did you know that Superintendent
16  Mitchell knew it was Inmate A
17        A.    Because I told them all.  They all knew.
18  They was all hiding it.  They all thought they was
19  hiding it from me, which Camello had told me.
20        Q.    When did Camello tell you?
21        A.    Camello told me that the day that we was
22  in the cell that we was on the tier.  And I told him
23  that he told me, Guess who is not here?  Who is not
24  here?  Who do you think did it?  And he told me Inmate A

**Page 108**

1  Inmate A  He specifically told me out of his own
2  mouth Inmate A sate A  but I told Mike Devine.  I
3  didn't mention it to Mitchell.  As far as I'm
4  concerned, she knew.  They all knew.
5        Q.    So, do you have any personal knowledge
6  that Superintendent Mitchell knew?
7        A.    Yeah, because it's in documents.
8        Q.    At the time when you spoke to her, did
9  you have any personal knowledge that she knew?
10        A.    Well, if a PREA investigation occurred,
11  only way it occurred is if she signed off on it.
12        Q.    Okay.  Other than your assumptions, do
13  you have any personal knowledge --
14        A.    No.
15        Q.    -- that Superintendent Mitchell knew?
16        A.    No.
17        Q.    Okay.  Now, you told us that you spoke to
18  Superintendent Mitchell once at access hour?
19        A.    Right.
20        Q.    Once she came to your cell?
21        A.    Right.
22        Q.    Was there any other times you spoke to
23  Superintendent Mitchell about Inmate A
24        A.    Yes.  I spoke to her at access hour

**Page 109**

1  again --
2        Q.    When was that?
3        A.    -- about Inmate A be moved back to
4  the institution.  This was in September.
5        Q.    At the time when you spoke to her, was
6  Inmate A at Old Colony?
7        A.    Yes.
8        Q.    Was he in the RTU?
9        A.    No.  He was in -- I think he was in HSU
10  getting ready to be moved back.  I spoke to him, her
11  the day that they was moving him back to the unit.
12        Q.    Was that the day that he was there just
13  for a brief period of time?
14        A.    Yes.
15        Q.    Okay.  And what did you say to
16  Superintendent Mitchell?
17        A.    I told Superintendent Mitchell that I
18  wasn't putting up with Inmate A no more and that I had
19  had enough of him and I was tired of being sexually
20  harassed, and that he and I had a conflict with each
21  other and that she was violating the policy 426 by
22  allowing to stay being housed at the same place with
23  me.
24        Q.    And what did she say?

Edward Jones
June 13, 2019

**Page 110**

1    A.    She said that she was going to look into
2  it and -- no.  She told me to write her and I wrote
3  her about it.
4    Q.    And then what happened?
5    A.    And she wrote and told me that it was
6  being handled administratively, my situation with
7  Inmate A
8    Q.    And then what happened?
9    A.    Nothing.
10    Q.    Okay.  Did you speak to her again about
11  Inmate A
12    A.    No.
13    Q.    Did you speak --
14    A.    I wrote her.
15    Q.    Okay.  Was that other than the three
16  times you told us you wrote to her?
17    A.    Yeah.  I think this time after nothing
18  happened, I filed a grievance.
19    Q.    Okay.  And is the grievance to her?
20    A.    Yeah.  It went to the Grievance Officer,
21  then it went to her because I appealed it to her.
22    Q.    Did you speak to Superintendent Mitchell
23  after the fight in the chow hall?
24    A.    No.

**Page 111**

1    Q.    After speaking to her at access hour, I
2  think it was August, 2015, did you ever speak to her
3  again about Inmate A
4    A.    No.
5    Q.    How specifically did Captain Camello fail
6  to prevent sexual harassment by Inmate A
7    A.    Because he knew I was being sexually
8  harassed and he knew I was being targeted sexually and
9  he knew that it was affecting me psychologically and
10  mentally and he knew as my past that it was causing me
11  undue stress, undue depression, and accelerating my
12  PTSD and he kept moving this guy.  He was the
13  Assignment Officer.  He decides who moves where, what
14  cell, what tier in that unit.
15    Q.    How do you know he was the Assignment
16  Officer?
17    A.    Because he's the Captain of the unit and
18  the Captain of the unit in RTU is the one who assigns
19  the cells to each inmate and he says that that's what
20  he does.
21    Q.    Was your problem with Inmate A being
22  close to you in the cell or just a problem with him
23  being in the RTU at all?
24    A.    At first, it was close to me being able

**Page 112**

1  to sexually harass and target me.
2    Q.    Now, would you have been all right if
3  Inmate A had stayed in the RTU but if his cell had
4  been far from yours?
5    A.    No, because he wouldn't have stopped.
6  Just like I thought I would be all right with Inmate A
7  being in another unit.  It just wouldn't stop.  When I
8  tell him that it's not stopping, it's not stopping,
9  it's not stopping, and no one does anything about it.
10  It's like, To hell with me.  They just care about
11  housing Inmate Inmate A
12    Q.    Now, how did Captain Camello know about
13  your past?
14    A.    Because I told him.  And he sits in on
15  the RTU triage meetings and they discuss it and they
16  discuss why it's affecting me, how it's affecting me,
17  and what it's doing to me.
18    Q.    Now, the triage meetings, were you the
19  only inmate there?
20    A.    No.  I don't even go to the triage
21  meeting.  I just know what was said.  I didn't know
22  what was being said at that time because at that time,
23  I was like pissed off with mental health too because
24  I'm like, You all are not elaborating from me.  I

**Page 113**

1  didn't find out that all these progress notes and that
2  they was elaborating from me all along until like
3  recently.  I just got --
4    Q.    Now, so, you don't -- you didn't attend
5  the triage meetings?
6    A.    No.
7    Q.    So, you don't know what was said at the
8  triage meetings?
9    A.    Yeah.  I know what was said.  I know what
10  was said because I have the documents related to the
11  triage meetings.
12    Q.    So, you know based on what you see in
13  medical notes?
14    A.    Yeah.  But at the time, I was pissed off
15  with RTU Mental Health Clinicians too because I'm
16  like, You all haven't been elaborating for me.  You
17  all don't give a damn what I'm going through.  And
18  they kept telling me, We know but we can't talk to you
19  about it because it involves someone else and the only
20  thing we can talk to you about is what involves you
21  and it was like so damn difficult for me that --
22    Q.    So, in 2015, you were upset with all
23  staff, not just DOC staff but --
24    A.    Yeah.

**Edward Jones**
**June 13, 2019**

**Page 118**

```
 1   question to you --
 2       A.    I don't have the policy neither.
 3       Q.    My question to you, and we can back up
 4   and do this several times --
 5       A.    All right.
 6       Q.    -- did ▓Inmate A▓ ever physically assault
 7   you?
 8       A.    No, he never physically assaulted me but
 9   that doesn't mean that he didn't sexually abuse me.
10       Q.    That wasn't my question.  Did ▓Inmate A▓ --
11       A.    But that's my answer.
12       Q.    Did ▓Inmate A▓ ever physically sexually
13   assault you?
14       A.    He never physically sexually touched me.
15       Q.    Okay.  That's fine.  And then I want to
16   back up to --
17       A.    That doesn't exclude me being sexually
18   abused according to DOC's policy, whatever the policy
19   is.  I'm going by the policy.
20       Q.    Now, when you said Captain Camello knew
21   about the sexual abuse, are you referring to the stuff
22   you have testified here, the sexual harassment, the
23   sexual targeting, the comments that were made by
24   ▓Inmate A▓
```

**Page 119**

```
 1       A.    Right.  And the sexual abuse according to
 2   policy.
 3       Q.    Okay.  The sexual abuse according to
 4   policy that you're referring to was all verbal?
 5       A.    If you say so but according to the
 6   policy, sexual abuse is also verbal.
 7       Q.    Okay.
 8       A.    That's your policy, not mine.
 9       Q.    I'm asking you, was there any physical
10   abuse?
11       A.    ▓Inmate A▓ never touched me
12   physically but ▓Inmate A▓ sexually abused,
13   sexually harassed, and sexually targeted me according
14   to the policy.
15       Q.    Okay.  Other than the statements you have
16   made, the allegations you made about sexual harassment
17   and sexual targeting by ▓Inmate A▓ are there any other
18   incidents where you say he sexually abused you?
19       A.    According to the policy.  Whatever is in
20   the policy, I'm sticking by the policy.
21       Q.    But I'm asking --
22       A.    My argument in this whole case is what
23   the policy states is sexual abuse, sexual harassment,
24   and sexual targeting.  That's -- when I present my
```

**Page 120**

```
 1   claims in court, it's going to be on what the policy
 2   states.  I'm not asking -- I'm not presenting my own
 3   personal claims.  My claims are being presented on
 4   what the policy, the PREA regulations, the PREA
 5   guidelines, DOC sexually abusive prevention policy.
 6       Q.    So, what I'm asking you though is, you
 7   have testified here today of a number of incidents
 8   where you said ▓Inmate A▓ made comments to you?
 9       A.    Right.
10       Q.    And you view those comments as sexual
11   harassment or sexual targeting.  What I'm asking you
12   right now --
13       A.    And sexual abuse.
14       Q.    What I'm asking you, other than the times
15   you have already testified to, were there any other
16   incidents that you would define as sexual abuse that
17   you did not already mention?
18       A.    There might be.  I would have to go
19   through my mental health reports, the progress notes
20   to see.
21       Q.    But of your memory today, are there any
22   other incidents?
23       A.    As my memory today, I can't recollect any
24   but not saying that there hasn't been any, especially
```

**Page 121**

```
 1   related to sexual abuse according to what DOC's policy
 2   requires.
 3       Q.    So, what would you say the difference
 4   between sexual abuse and sexual harassment is?
 5       A.    I would have to read the policy again --
 6       Q.    I'm asking you --
 7       A.    -- of DOC.  My argument is that I'm
 8   presenting my claims to this court on my summary
 9   judgement motion according to what DOC's policy states
10   sexual abuse, sexual harassment, and sexual targeting
11   requires, the requirements of sexual abuse, sexual
12   harassment, sexual targeting requires as far as the
13   PREA regulations and guidelines, as far as DOC
14   sexually abusive behavior prevention policy requires.
15   I'm not putting my own spin on this.  I'm going by
16   what the policy states is what happened to me.
17       Q.    Well, I'm not asking you specifically
18   about the policy.  I'm not asking you about the
19   definition.
20       A.    I understand that.
21       Q.    I'm asking you about the specific
22   incidents that you allege occurred --
23       A.    Right.
24       Q.    -- where you said ▓Inmate A▓ made comments
```

**Reporters, Inc.**
**617-786-7783**

Edward Jones
June 13, 2019

122..125

**Page 122**

1  to you.
2       A.     Right.
3       Q.     I'm asking you, are there any other
4  comments other than what you testified here today
5  about sexual harassment or sexual targeting that you
6  have not reported, that you have not disclosed to us
7  that you would characterize as sexual abuse?
8       A.     There probably is but I would have to
9  read my mental health progress notes and coincide them
10  with DOC's policy of what sexual abuse is because I'm
11  going along with the policy.  I'm not going along with
12  my own personal opinion.  I'm going along with what
13  the policy says should or should not occur to me and
14  what is defined as sexual abuse, sexual harassment,
15  and sexual targeting.
16       Q.     I want to know though if there are any
17  other incidents, whether you're reading the policy or
18  not, that you would define as sexual abuse?
19       A.     There probably is but I would have to
20  read my mental health notes because there are probably
21  things that I didn't report that could recollect my
22  memory inside the progress notes of what I reported to
23  mental health or what I went through or what I
24  reported in my grievance or --

**Page 123**

1       Q.     So, your testimony today is you don't
2  remember?
3       A.     No.
4              MS. GLAZER:  Do you want to take a
5  break?  Off the record.
6              (A recess was taken)
7              MS. GLAZER:  Back on the record.
8       Q.     (By Ms. Glazer)  So, I want to back up
9  for a second, Mr. Jones.  When you said when you were
10  in the RTU and the several times Mr. Inmate A came
11  into your cell and either approached you for sex or
12  mentioned the size of your penis, you said you spoke
13  to the correctional staff about these incidents?
14       A.     Mm-hmm.
15       Q.     Did you tell them specifically what Mr.
16  Inmate A said to you?
17       A.     No.  I just told them that I was being
18  sexually harassed.  I figured that someone else would
19  come talk to me later and I could tell them about what
20  was going on but nobody would take what I was saying
21  serious.
22       Q.     So, you didn't give them any specific
23  incidents?
24       A.     No.  I mean, sexual harassment is sexual

**Page 124**

1  harassment.  If you say you have been sexually
2  harassed, wouldn't somebody say, Well, what were they
3  doing to you?  Maybe we need to investigate this
4  further.
5       Q.     So, you only told the COs that you were
6  being sexually harassed by Inmate A
7       A.     Yes.
8       Q.     How did Deputy Devine specifically fail
9  to prevent the sexual harassment by Inmate A
10       A.     As a PREA Coordinator -- he was the PREA
11  Coordinator.  If you tell the PREA Coordinator you're
12  being sexually harassed, there's steps he's supposed
13  to take.  Or sexually targeted or sexually abused,
14  there's steps you're supposed to take.
15       Q.     Did you tell Deputy Devine that you were
16  being sexually harassed?
17       A.     Yes, I did.
18       Q.     And how do you know that Deputy Devine
19  failed to take steps?
20       A.     Because as through discovery, no steps
21  was taken.  No steps was sought.  No --
22       Q.     And how do you know this?
23       A.     There's no documentation of it.
24       Q.     How specifically did Superintendent

**Page 125**

1  Mitchell fail to prevent the sexual harassment by
2  Inmate A
3       A.     The same way.
4       Q.     The same way as what?
5       A.     Same way as Deputy Devine and Captain
6  Camello.
7       Q.     And what was that?
8       A.     Superintendant Mitchell went a step
9  further by putting Inmate A in the same
10  institution as me, allowing him to come back here.
11       Q.     And does Superintendent Mitchell, is she
12  in charge of classification?
13       A.     No, but she's in charge of this facility.
14       Q.     And who do you think places inmates at
15  the facility?
16       A.     Classification but the Superintendent
17  decides whether an inmate should be housed here or
18  not.
19       Q.     How do you know that?
20       A.     Because I looked through the policy.
21       Q.     What policy was that?
22       A.     DOC124.
23       Q.     Which one was it?
24       A.     Of the Superintendent, Mass General Laws.

Edward Jones
June 13, 2019

130..133

**Page 130**

1  Do you remember what they were serving?
2      A.      No.
3      Q.      Okay.  Who arrived at the chow hall
4  first, you or [Inmate A]
5      A.      I was.
6      Q.      You were there?  Were you sitting down?
7      A.      Yes.
8      Q.      And then what happened?
9      A.      I was sitting down eating my food.
10     Q.      Were you sitting with anybody?
11     A.      No.  Sitting by myself.
12     Q.      Okay.  And then what happened?
13     A.      [Inmate A] came over.
14     Q.      To you?
15     A.      And sat behind me and started talking to
16  me.
17     Q.      Could you see him?
18     A.      No.  I heard him.
19     Q.      So, you saw -- how do you know it was
20  [Inmate A]
21     A.      Because he's talking to me.
22     Q.      Did you recognize his voice?
23     A.      Yes.  He said my name.
24     Q.      Was he sitting with anybody?

**Page 131**

1      A.      No.
2      Q.      What did he call you?
3      A.      Shank.
4      Q.      What?
5      A.      Shank.
6      Q.      What does that mean?
7      A.      Shank.  That's my nickname.  Everybody
8  calls me Shank.
9      Q.      Shank?
10     A.      Yeah.
11     Q.      S-H-A-N-K?
12     A.      Yes.
13     Q.      Why is that your nickname?
14     A.      That's the name my mother gave me from
15  birth.  Everybody calls Shaka, Shank for short.
16     Q.      Okay.  What --
17     A.      My family calls me Shaka.  Everybody --
18     Q.      Shank?  I'm sorry.  Can you spell it?
19     A.      S-H-A-K-A.
20     Q.      But Shank is your nickname for short?
21     A.      Yes.
22     Q.      Did [Inmate A] ever call you Edward?
23     A.      No.
24     Q.      Eddie?

**Page 132**

1      A.      No.
2      Q.      Okay.  What does the staff here call you?
3      A.      Jones.  Some of them call me Shank.
4      Q.      I did refer to someone -- I heard a staff
5  member call you Eddie.  Does staff call you Eddie?
6      A.      Sometimes.
7      Q.      What do the inmates call you?
8      A.      Shank.
9      Q.      Shank?
10     A.      Mm-hmm.
11     Q.      Okay.  So, what did [Inmate A] say?
12     A.      He sat behind me and he says, I haven't
13  forgotten about you.  Can I talk to you?  And I said,
14  No.  I told him, Get away from me.
15     Q.      Did you turn around to look at him at
16  all?
17     A.      No.  I said, No.  Get away from me.  He
18  said, Why are you acting like that to me?  You know,
19  it's not my fault that you have a big dick.  And I got
20  up and I called Officer Mooreland over and I said,
21  Officer Mooreland, can you come get this guy and get
22  him away from me?  You know he's not supposed to be
23  around me.  There's a memo in the unit that says he's
24  not supposed to be around me.  He's not supposed to

**Page 133**

1  come in contact with me.  There's a keep away order in
2  effect and you have seen the memo.  You know about the
3  keep away order.  So, can you please get him away from
4  me?  Then [Inmate A] and Officer Mooreland got into an
5  argument.
6      Q.      What did they say?
7      A.      Officer Mooreland told him to go back to
8  where he was sitting.  Apparently, he must have been
9  sitting somewhere else because Officer Mooreland said,
10  Go back to where you were sitting.
11     Q.      And you took that to mean not back to the
12  seat behind you?
13     A.      Not to the seat behind me, back to where
14  he was sitting prior.
15     Q.      When he was sitting behind you, was he
16  sitting with anybody?
17     A.      No.
18     Q.      Prior to him coming and sitting behind
19  you, had you seen him at all that day in the chow
20  hall?
21     A.      No.
22     Q.      Okay.  Then what happened next?
23     A.      Then he told Officer Mooreland that he's
24  not bothering -- I'm not bothering him.  I'm just

**Page 134**

1  sitting here.  And Officer Mooreland said, Yeah, but
2  you were sitting back there before.  Go back to where
3  you were sitting.  I'm giving you an order to go back
4  to where you were sitting.  He got mad and he told
5  Officer Mooreland, This is fucked up.  You know,
6  you're treating me like this because I'm fucking dude
7  hates -- dude that likes other men or some bullshit he
8  was saying.  He says all kind of stupid stuff.  And he
9  said Officer Mooreland was treating him like that
10  because he's a guy that likes other men and all this
11  and all that.
12       And while he was sitting back there, he
13  kept talking and talking and talking.  He says, That's
14  why I reported you, another guy sucking on your
15  nipples in your room.  You was in there with your
16  hands up in the air or something like that and then I
17  responded.  I said, You're the one who did that?  I'm
18  like, You're a piece of crap.  That's why you need to
19  go back to the treatment center.  You're raping --
20  you're running around raping and talking about raping
21  little girls and having sex with men.
22       And then Officer Mooreland came over.  He
23  was like, That's enough, Inmate A He was like, Get
24  your tray and your meal is over and I'm ordering you

**Page 135**

1  to vacate the chow hall.  You know, after Mooreland
2  told him to vacate the chow hall and he refused to go
3  and Officer Mooreland told him, This is your last
4  warning.  I'm giving you a direct order to leave.
5       And on his way by, he came over to the
6  table.  He whispered to me, It's not my fault that you
7  have a big dick, and some other crazy stuff.  And I
8  was like, Listen.  Don't make me fuck you up.  I'll
9  fuck you up.  He was like, I don't care.  As soon as I
10  put my tray away, I'm going to stab you anyway, you
11  know.  And I just sat there and then I was like, I'm
12  not going to wait for him to put his tray up.  And
13  while he walked away and put his tray up, I came up
14  moving behind him and he turned around and he broke
15  the fork and then he swung.  I put my hands up.  And
16  then we got into a fight.  All the COs ran out the
17  chow hall.  When he said he was going to stab me, they
18  just started running out the chow hall.  He said, As
19  soon as I put my tray up, I'm going to stab you
20  anyway.
21       Q.   And you followed him?  You followed him
22  to put his tray up?
23       A.   Yeah.
24       Q.   Okay.  Now, let me just back up for a

**Page 136**

1  second.  You said that he, Inmate A said to you, you
2  know, I said the thing about the other inmate licking
3  your nipples?
4       A.   Yeah.  He said he reported it.  I had
5  already knew it anyway but I didn't have proof.  You
6  know, I knew what Camello had said but --
7       Q.   Did Camello tell you that before October
8  24th?
9       A.   Yeah.
10       Q.   Now, you said that Inmate A said some
11  crazy stuff.  Have you ever heard Inmate A to say
12  anything that wasn't crazy?
13       A.   No.  He says like -- sometimes he talks
14  and it's crazy language.  He said something like, You
15  wouldn't understand.  I wouldn't understand.  No one
16  would understand.  He just talks in some crazy
17  language.
18       Q.   Do you think Inmate A is crazy?
19       A.   Yeah, he's crazy.
20       Q.   Do you think he has severe mental health
21  issues?
22       A.   Mm-hmm.  Yeah.
23       Q.   And, again, I know you're not a mental
24  health professional but based on your observations --

**Page 137**

1       A.   No.  He does.
2       Q.   -- you think that --
3       A.   He does, yeah.
4       Q.   Okay.  Do you think -- he was -- of the
5  other inmates in the RTU, do you think he was one of
6  the more severe cases of mental health?
7       A.   I think Inmate A has a mental health
8  issue but I also think he's the type of person that
9  uses his mental health and his situation to attack
10  other people.  Like if he asked you for a cup of
11  coffee and you say no, he would do something to
12  retaliate against you.  He's like vindictive like
13  that.
14       Q.   Okay.  But besides being vindictive, do
15  you think he's severely mentally ill?
16       A.   Yeah.  Yeah.  But he's not mentally ill
17  to the point that -- he does things to you for a
18  reason, you know.
19       Q.   Now, in your opinion, if he wasn't in
20  prison, do you think he should be in a mental health
21  hospital?
22       A.   Yeah.  Yeah.  Trust me, as soon as they
23  let him out, he's going to rape somebody else.
24  Another man or another woman, somebody is in trouble.

**Edward Jones**
**June 13, 2019**

**Page 138**

1  Q.    Besides his criminal activity, do you
2  think he has mental illness to the effect that he
3  needs --
4  A.    Yeah.
5  Q.    -- a lot of help for that?
6  A.    Yeah.
7  Q.    Okay.  Now, I want to back up for a
8  second.  You said that, you know, after -- I'm sorry.
9  Was it Officer Moran?
10 A.    Mooreland.
11 Q.    Mooreland came over and told [Inmate A] to
12 go back to where he was sitting?
13 A.    Yeah.  He got tired because he was
14 putting all this stuff out there against -- about me
15 in the middle of the chow hall about how big my thing
16 was, about how he knew I liked men, and about how he
17 wanted to have sex with me and how I talk to other
18 people and I talk to sex offenders and he knows and
19 all this crazy stuff.  He just goes into just saying
20 crazy stuff.
21 Q.    Okay.  And then [Inmate A] -- but [Inmate A]
22 got up to say -- and said to you, When I put my tray
23 away, I'm going to stab you with my fork?
24 A.    Yes.

**Page 139**

1  Q.    Did he say he was going to break his fork
2  or he was just going to stab you with it?
3  A.    No.  He said he was going to stab me.
4  Q.    And did he -- then what happened then?
5  Did he walk up to put his tray away?
6  A.    He turned around and walked away and
7  that's when I got up.
8  Q.    You got up and followed him?
9  A.    Yeah, because the COs had started running
10 towards the door when they heard him say when he put
11 his tray away, he was going to stab me with his fork.
12 So, they got up and ran.  You know what I'm saying?
13 And that's when I got up and I --
14 Q.    Let's back up.  So, he said it loudly
15 enough that the COs heard?
16 A.    Yeah.  Everybody.  Everybody heard.
17 Q.    You said -- there was six COs you said?
18 A.    Mm-hmm.
19 Q.    And they all left?
20 A.    Yeah.  They all ran and locked the gate,
21 locked us in the chow hall.
22 Q.    And you followed Mr. [Inmate A] up to give
23 his tray?
24 A.    Yeah.

**Page 140**

1  Q.    So, you were walking behind him?
2  A.    Yeah.
3  Q.    Did he know you were walking behind him?
4  A.    Yeah.
5  Q.    How did he know that you were walking
6  behind him?
7  A.    Because when he turned around, he broke
8  his fork and he turned around and stabbed me.
9  Q.    Okay.  But before he broke his fork, did
10 he know you were behind him?
11 A.    Yeah.  He knew I was getting up.
12 Q.    So, you followed him?
13 A.    I was getting up when he said, I'm going
14 to -- when I dump my tray, I'm going to stab you with
15 this fork.  He was like, Let me put my tray up.  I'm
16 going to stab you with this fork.  And was like, Okay.
17 Come on.  Let's go.
18 Q.    So, you followed him?
19 A.    Yeah.
20 Q.    And who -- did you hit him first?
21 A.    We both -- it was a mutual thing.
22 Q.    Okay.  Who threw the first punch?
23 A.    Nobody hit nobody first.  He had the fork
24 and he was coming across.  I pushed it.

**Page 141**

1  Q.    Okay.  Why didn't you go to the other
2  side of the chow hall rather than follow him?
3  A.    Where was I going to go?  The door is
4  locked.  I'm locked in the chow hall with him.
5  Q.    Have you seen the video of this incident?
6  A.    Yeah.  It shows exactly what I'm telling
7  you.
8  Q.    Did you tell IPS Officer Adorno that you
9  had assaulted [Inmate A] in the chow hall?
10 A.    No.  I told him I beat his ass, yeah.
11 Q.    Okay.  So, you told IPS Officer Adorno
12 that you beat [Inmate A]
13 A.    Yeah.
14 Q.    Okay.
15 A.    I told him [Inmate A] stabbed me in the
16 hand with a fork, too.
17 Q.    So, did [Inmate A] stab you first or did
18 you hit [Inmate A] first?
19 A.    I got the stab wound first.
20 Q.    You got the stab wound?  And then you hit
21 him?
22 A.    In my left hand.  I hit him with my
23 right.
24 Q.    And who would you say won the fight?

**Edward Jones**
**June 13, 2019**

**Page 142**

1    A.    I did.

2    Q.    Are you bigger than [Inmate A]

3    A.    No.  We're about the same size.  He's

4    just tall and skinny and I'm skinny and short.

5    Q.    Are you stronger than him?

6    A.    Probably.

7    Q.    Okay.  And what were your injuries?

8    A.    My injuries was I had to get stitches in

9    my left hand.

10    Q.    How many stiches?

11    A.    Three.  It hit a nerve.

12    Q.    Where were the stitches done?

13    A.    Right here.

14    Q.    I'm sorry.  What hospital?  Were they

15    done in an outside hospital or here at the HSU?

16    A.    No.  It was done here.  It was done here.

17    Q.    And when he broke the fork, what part hit

18    you?  Was it the tines of the fork?

19    A.    The fork was stuck in my hand, ones of

20    the tines.

21    Q.    One of the tines?

22    A.    Yeah.

23    Q.    Okay.  And did you go to an outside

24    hospital?

**Page 143**

1    A.    No.  I went to here.  I got stitches.  I

2    had to wait for an outside physician to come in.  He

3    hit me with Novocaine.  I had to get stuck by a

4    needle, got hit with Novocaine and they put three

5    stitches in.  Then I had to go through physical

6    therapy.  I had to get an AIDS test and everything.

7    Q.    Okay.  Did you have any out-of-pocket

8    cost for the medical?

9    A.    Yeah.  I had to pay for Aspirin, Tylenol.

10    Q.    And how much did you pay?

11    A.    Probably two dollars.

12    Q.    Two dollars total or how much --

13    A.    Probably two dollars for a bottle of

14    Motrin, Tylenol.

15    Q.    Do you have any other medical costs?  You

16    didn't have to pay for the stitches or anything, the

17    doctor visits?

18    A.    No, I didn't have to pay.  I had to go

19    through physical therapy.

20    Q.    Okay.  How many times?

21    A.    Six months, two times a week.

22    Q.    And that was here at the facility?

23    A.    Mm-hmm.

24    Q.    And how often was each time?

**Page 144**

1    A.    Probably half an hour, hour.

2    Q.    Do you still have damage from that today?

3    A.    Mm-hmm.

4    Q.    What is it?

5    A.    I can't write.  I can't write that good.

6    When I write, my hand shakes.

7    Q.    Did it shake before this incident?

8    A.    When I put my hand out like this, my hand

9    shakes.  No, it didn't.

10    Q.    And what have the doctors told you?

11    A.    The doctors told me that I have to do

12    exercises every day.  Even when I'm not, I have to

13    take something to just squeeze it and go like this to

14    get my hand.

15    Q.    Do you do the exercises?

16    A.    Mm-hmm.  If I'm drinking a cup of coffee,

17    my hand shakes.  This is not -- it just does that when

18    I get to a certain point.  See that?  That's from him

19    stabbing me.

20    Q.    Have you ever had any prior injuries to

21    that hand?

22    A.    No.

23    Q.    And do you know what [Inmate A] injuries

24    were?

**Page 145**

1    A.    No.

2    Q.    You hit him -- how many times did you

3    punch him?

4    A.    I don't know.  Probably once.

5    Q.    You just punched him once?

6    A.    Mm-hmm.

7    Q.    Did you knock him out?

8    A.    Yeah, he fell.

9    Q.    Okay.  Did you punch him with your right

10    hand or left hand?

11    A.    Probably my right.

12    Q.    Are you a righty?

13    A.    Mm-hmm.

14    Q.    Did you kick him at all?

15    A.    Yeah.  I stomped on him.  I didn't kick

16    him.  I stomped on him.

17    Q.    What do you mean by stomp?

18    A.    (Indicating)

19          MS. GLAZER:  Let the record show the

20    witness stomped his foot on the ground.

21    Q.    (By Ms. Glazer)  So, by stomp, do you

22    mean heavily -- did you jump on him?

23    A.    No.  I should have.

24    Q.    Did you stomp him with one foot or two

**Page 146**

1  feet?
2      A.      One foot.
3      Q.      One foot?  How many times did you stomp
4  on him?
5      A.      Probably three times.
6      Q.      With your right foot?
7      A.      Mm-hmm.
8      Q.      Same foot?  And what part of his body
9  were you stomping on?
10     A.      His stomach.
11     Q.      All three times?
12     A.      Mm-hmm.  I was trying to stomp him in his
13  penis.
14     Q.      Okay.  Now, at that point -- let's back
15  up for a second.  You punched him one punch, knocked
16  him to the ground?
17     A.      Mm-hmm.
18     Q.      And then you stomped on his stomach three
19  times with your right foot?
20     A.      Mm-hmm.
21     Q.      Now, what kind of shoes were you wearing?
22     A.      Same shoes I got on right now.
23     Q.      And what are those?
24     A.      Cross trainers.

**Page 147**

1      Q.      Nike sneakers, is that right?
2      A.      Yes.
3      Q.      Now, at the time, was he trying to get up
4  from the floor?
5      A.      No.  He was talking trash.
6      Q.      What was he saying?
7      A.      I don't know.  He was talking something.
8  I wasn't paying attention.
9      Q.      Okay.  Was he trying to prevent you from
10  stomping on him anymore?
11     A.      Yeah.  He was talking while he was
12  getting up.
13     Q.      Did anyone help him up?
14     A.      No.  He got up on his own.
15     Q.      Did you stop stomping on him?
16     A.      Yeah.  The police told me to stop.
17     Q.      By police, do you mean Correctional
18  Officers?
19     A.      Yeah.  They came in and told me to stop.
20     Q.      Did you stop?
21     A.      Yeah.
22     Q.      Did you stop on the first time they told
23  you to?
24     A.      No.

**Page 148**

1      Q.      How many times did they have to tell you
2  to stop?
3      A.      Probably two or three.  I didn't stop
4  until they came back in the gate to get him.
5      Q.      And how many times -- did Inmate A hit
6  you at all?
7      A.      Yeah.  He probably hit me once when he
8  stabbed me.
9      Q.      Other than the stab, did he hit you?
10     A.      No.
11     Q.      So, he stabbed you once.  Did he punch
12  you at all?
13     A.      He didn't get a chance.
14     Q.      So, his only -- I want to make sure I'm
15  picturing this.
16     A.      He wasn't trying to punch me.  He was
17  trying to stab me.
18     Q.      So, he stabbed you once with the fork and
19  that was the only contact he had towards you?
20     A.      Yeah.
21     Q.      And then you punched him once, knocked
22  him to the ground, and then stomped on his stomach
23  three times?
24     A.      Yeah.

**Page 149**

1      Q.      Could it have been more than three times?
2      A.      No.  It was about three times.
3      Q.      Okay.  Could you have punched him more
4  than once?
5      A.      Mm-hmm.
6      Q.      How many times do you think you punched
7  him?
8      A.      I only punched him once but I could have
9  punched him.
10     Q.      No.  No.  But how many times did you
11  punch him?
12     A.      I punched him once.
13     Q.      But the one time you punched him --
14     A.      I could have punched him like four or
15  five times if I wanted to instead of stomping on him.
16  I just -- I was bleeding and I couldn't ball up my
17  hand.
18     Q.      Okay.  But the one time you punched him,
19  he fell on the floor?
20     A.      Mm-hmm.
21     Q.      So, he stabbed you in your right hand?
22     A.      Mm-hmm.
23     Q.      And which hand did you punch him with?
24     A.      The right.

**Edward Jones**
**June 13, 2019**

**Page 150**

1  Q.   So, you were still -- was the fork still
2  in your hand when you punched him?
3  A.   Yeah.
4  Q.   So, with the fork in your hand, you punch
5  him one time and it knocked him to the ground?
6  A.   Mm-hmm.
7  Q.   Was he unconscious at all?
8  A.   Actually, I pulled him because the police
9  was at the gate and they was telling me to stop, stop,
10 stop, so I pulled him away from them and then I
11 stomped him.
12 Q.   So, you punched him, knocked him to the
13 ground, pulled him, and then stomped on him three
14 times?
15 A.   Yeah.
16 Q.   Were there other inmates present?
17 A.   Yeah.  Chow hall was full.
18 Q.   Now, how far did you pull him?
19 A.   About two feet.
20 Q.   And how did you pull him?
21 A.   By his feet.
22 Q.   Did you use both your hands to pull him?
23 A.   Mm-hmm.
24 Q.   And did you grab his -- you grabbed his

**Page 151**

1  feet with both your hands?
2  A.   One of his feet and I pulled him over so
3  the police could get out my hair.
4  Q.   And by police, you mean Correctional
5  Officers?
6  A.   Yeah.
7  Q.   Okay.  When you punched him and knocked
8  him to the ground, did he go unconscious at all?
9  A.   No.  He was still talking trash.
10 Q.   Now, after the Correctional Officers came
11 in and I think you said they told you several times to
12 stop hitting him and then once you stopped, what
13 happened?
14 A.   They cuffed me, took me to medical.
15 Q.   Did you resist at all?
16 A.   No.
17 Q.   Okay.  Was Inmate A taken to medical too?
18 A.   Yeah.
19 Q.   Did you see him there?
20 A.   Yeah.  I was in one cell.  He was in the
21 next door to me.
22 Q.   Did you -- and I -- here, the cells, do
23 they have the heavy doors?
24 A.   No.  They don't have doors, just bars.

**Page 152**

1  Q.   Were you able to --
2  A.   And he was still talking trash, still
3  talking trash.
4  Q.   Could you hear him?
5  A.   Yeah.
6  Q.   What did he say to you?
7  A.   How much of a big dick I had, how much he
8  want -- still want to have sex with me and how another
9  guy was sucking on my nipples and, you know, how I
10 like men.  He was still sexually harassing me.
11 Q.   Did you tell anybody about this?
12 A.   The police was right there.  I didn't
13 have to tell nobody about it.  I said, Y'all hear what
14 he said.  Now you see why this happened?  I said, Now
15 this is why all of this happened.  And they was like,
16 Inmate A shut up.  You just got the shit beat out of
17 you and you're still talking.
18 Q.   So, the Correctional Officers said to
19 Inmate A you just got the shit beat out of you?
20 A.   Yeah.  They told him, Shut up.  Stop.
21 Leave him alone.  You just got the shit beat and
22 you're still harassing the guy.
23 Q.   Okay.  I believe you said Deputy Devine
24 visited you at the HSU.

**Page 153**

1  A.   The next day.
2  Q.   Did you tell him that Inmate A was saying
3  things to you at the HSU?
4  A.   He knew that.  He knew.  Yeah, I told
5  him.  He knew it and --
6  Q.   Well, other than -- I'm sorry.  How do
7  you know he knew it?
8  A.   Because he told me he knew it.
9  Q.   Okay.  So, was Inmate A --
10 A.   He said, Yeah, I know.  I got a report.
11 He said he had a report.
12 Q.   How long was Inmate A in the cell next to
13 you in the HSU?
14 A.   Probably five minutes before they took me
15 out to wash my hand and stuff like that.
16 Q.   And when you were put back, did you stay
17 in the HSU at all?
18 A.   Yes.
19 Q.   And were you in a cell next to Inmate A
20 A.   No.  They moved him to segregation and
21 kept me here.
22 Q.   Okay.  So, in the HSU, you were only in
23 the cell next to him for you said about five minutes?
24 A.   Yeah.  That was Newman's.  When you first

**Reporters, Inc.**
**617-786-7783**

Edward Jones
June 13, 2019

**Page 162**

1   A.   He said [Inmate A] was going to be
2   -- that he was supposed to be kept away from me and
3   they didn't care.  They just put it up there just to
4   put it up there.
5   Q.   Now, were any of the other inmates aware
6   of this order?
7   A.   Everybody was aware of it, inmates and
8   staff.
9   Q.   How do you know that?
10  A.   You ask any inmates that was in that unit
11  -- I got affidavits from inmates saying that they seen
12  this memo.  And any staff member that worked in that
13  unit will tell you, yes, I remember that.
14  Q.   Do you have a copy of that order?
15  A.   No, I don't.  According -- it doesn't
16  exist.  Only one seen it is the ones that put in the
17  affidavit they seen it or, you know, those are the
18  only ones seen it.  It don't exist now.  It never
19  materialized after the fight.  It disappeared and it
20  just don't exist anymore.
21  Q.   Okay.  Did Superintendent Mitchell fail
22  to protect you from [Inmate A]
23  A.   Yes.
24  Q.   How?

**Page 163**

1   A.   I just told you not too long ago.
2   Q.   Okay.  Other than what you have testified
3   today, was there any other way she failed to protect
4   you?
5   A.   According to the law, what the law says,
6   yes.
7   Q.   And how is that?
8   A.   That she failed to protect me by allowing
9   someone to totally victimize, totally harass me,
10  totally assault me and refuse to put him there just so
11  he can do that.  She had knowledge that this was going
12  to happen.  She had knowledge that this was going to
13  -- she was deliberately indifferent towards what was
14  happening to me.
15  Q.   Do you think Superintendent Mitchell
16  should have moved you out of Old Colony?
17  A.   She could have.  It could have been her
18  choice.  She could have moved me to someplace safer.
19  Q.   Did you ever request to go somewhere
20  else?
21  A.   No.  I have requested to be.  I didn't
22  care though.  I have requested to be moved somewhere
23  else.
24  Q.   Where did you request to be moved?

**Page 164**

1   A.   Norfolk.
2   Q.   When?
3   A.   Prior to this whole incident exploding.
4   Q.   And why did you make that request?
5   A.   So that I wouldn't have to be around
6   [Inmate A] so that I wouldn't have to be around none of
7   what was going on with him.
8   Q.   When did you make this request?
9   A.   I made it on numerous occasions.
10  Q.   Did you make the request prior to [Inmate A]
11  coming to the RTU?
12  A.   Yeah, prior to October, prior to
13  September 24th, yes, I did.
14  Q.   Did you make the request prior to May,
15  2015?
16  A.   No.  Actually, I was ready to graduate
17  the RTU prior to May, 2015.  I was looking forward to
18  going to lower security minimum.
19  Q.   Did you file any grievances about
20  [Inmate A]
21  A.   Yes.
22  Q.   How many?
23  A.   Probably two.
24  Q.   And when did you file those?

**Page 165**

1   A.   I don't know the exact dates.  I think
2   one was filed in July and another one was filed in
3   September.
4   Q.   2015?
5   A.   Yes.
6   Q.   And do you know the results?
7   A.   Yeah.  One of them was partially approved
8   that [Inmate A] would be kept away from me, which
9   never occurred.  And they never would tell me which
10  part was partially approved, you know, but they said
11  it was partially approved and he would be kept away
12  from me.  And another one said that it was approved,
13  that it was being handled administratively.
14  Q.   Did you appeal either of the decisions on
15  those?
16  A.   Yes, I did.
17  Q.   On both?
18  A.   Yes.
19  Q.   And what was the result of the appeal?
20  A.   Said that deny.
21  Q.   Okay.
22  A.   Don't say why.  Just says deny.
23  Q.   Did Captain Camello subject you to
24  unnecessary PREA investigations?

**Edward Jones**
**June 13, 2019**

**Page 166**

1    A.    Yes, he did.

2    Q.    When did he?

3    A.    On two separate occasions.  One was when

4  he took that information from Officer Oliveira and

5  forwarded it to the IPS who did a PREA investigation

6  on me.  Two was when he subjected me to a PREA

7  investigation based on what was told to him by Inmate A

8    Q.    Okay.  Let's take the first one, when he

9  was told stuff by Oliveira.

10    A.    Yeah.

11    Q.    Is Oliveira an inmate?

12    A.    Oliveira is a CO.

13    Q.    Okay.  And when was that?

14    A.    That was in I think September, December,

15  December 3rd.

16    Q.    Of 2015?

17    A.    Yeah.

18    Q.    Okay.  And what happened with that?

19    A.    I told Oliveira that I had been having

20  wet dreams and that I wasn't going to live in a cell

21  with anyone any longer.  And he was like, Why?  I

22  said, Because I'm tired of getting up, having to wash

23  myself and this guy is awake and I'm not going to be

24  washing myself in a cell with him while I'm naked and

**Page 167**

1  washing myself and I'm not going to be living with no

2  one going through.  And until I get to, you know, over

3  what I'm going through, I'm not going to be living

4  with no one.  And he called Camello and told Camello

5  and Camello told him to write an incident report,

6  which an incident saying that I couldn't trust myself

7  around a certain specific inmate and they allegedly

8  did a PREA investigation.  They took me from work,

9  questioned me, made me see medical and mental health.

10  They took this other guy, questioned him, made him see

11  medical and mental health and there's no paperwork to

12  support it.

13    Q.    Okay.  And you said that this was an

14  unnecessary PREA investigation?

15    A.    Of course.

16    Q.    Who concluded that it was unnecessary?

17  Is that your terms or did someone tell you that it was

18  unnecessary?

19    A.    Where is the paperwork to surround it?

20    Q.    Okay.  So, my question to you is, who

21  used the term unnecessary?  Is that you or did someone

22  else use the term?

23    A.    The judge made them unnecessary.  I

24  didn't say they was unnecessary.  The judge said if I

**Page 168**

1  can determine that they was unnecessary that it was a

2  violation of my Constitutional rights.

3    Q.    And where did the judge say that?

4    A.    In his report, in his order.

5    Q.    And is it your opinion that those were --

6    A.    I said they was false PREA

7  investigations.

8    Q.    Is it your opinion that it's an

9  unnecessary PREA investigation?

10    A.    It's a false PREA investigation because

11  if it was, if it wasn't a PREA -- you're damned if you

12  did and you're damned if you didn't because if it was

13  a PREA investigation, it should have been documented.

14  If it wasn't a PREA investigation, there should have

15  been one.

16    Q.    Okay.  Do you have any training that

17  leads you to believe it was false or unnecessary?

18    A.    It's not about the training.  It's about

19  the documents that's supposed to support it, whether

20  it was false or whether it was unnecessary.  It's not

21  -- according to DOC, they're saying a PREA

22  investigation never occurred but why would you

23  question me and question another guy based on -- and

24  make us see medical and mental health on PREA

**Page 169**

1  allegations when the procedure states that just the

2  allegation itself is supposed to be a PREA

3  investigation.

4    Q.    My question to you is, do you have any

5  training that leads you to conclude that it's false

6  and/or unnecessary?

7    A.    They give us training all the time.

8    Q.    What is that training?

9    A.    It's training to say if we sexually

10  harassed, sexually targeted.  They tell us right in

11  the policy.

12    Q.    But do you have training about

13  investigations?

14    A.    I have the policy.

15    Q.    Okay.  Have you got any trainings?

16    A.    No.

17    Q.    Okay.  My --

18    A.    A lot of people need to get training.

19    Q.    My next question is, what was the harm to

20  you by this PREA investigation involving Oliveira?

21    A.    Psychologically traumatized me.

22    Q.    How did it psychologically traumatize

23  you?

24    A.    Psychologically traumatized me by

**Edward Jones**
**June 13, 2019**

170..173

**Page 170**

1  exacerbating my PTSD, causing me major depression,
2  causing me stress, causing me fear.
3      Q.      So, do you think it should have been
4  investigated?
5      A.      If it was investigated right, I probably
6  wouldn't have went through what I went through instead
7  of feeling like I was targeted all over again by
8  Inmate A by him, by everybody.
9      Q.      But you said though -- but this
10  investigation, PREA investigation involving Oliveira,
11  Inmate A was not a part of that, right?
12      A.      No.
13      Q.      Okay.  So, now the second PREA
14  investigation you said involves Inmate A
15      A.      Right.
16      Q.      And is this the one where Inmate A
17  allegedly told staff that he had seen another inmate
18  licking your nipples?
19      A.      Yes.
20      Q.      Okay.  And was there a finding made on
21  the investigation?
22      A.      Yeah.  Unfounded.
23      Q.      Unfounded?
24      A.      Mm-hmm.

**Page 171**

1      Q.      And were you informed of that?
2      A.      Yeah, months later.  Just recently.
3      Q.      Now, was that PREA investigation
4  unnecessary?
5      A.      Yes.
6      Q.      Why was it unnecessary?
7      A.      Because they knew that Inmate A
8  lies about stuff like that.
9      Q.      Do you know, does Inmate A -- are
10  you aware of all incidents that Inmate A has
11  reported?
12      A.      No.  I know you are.
13      Q.      My question to you is, are you aware of
14  everything he has reported?
15      A.      No.
16      Q.      So, you would not be aware if some of his
17  allegations were founded?
18      A.      All of his allegations are probably
19  unfounded.
20      Q.      So, you think everything he says is a
21  lie?
22      A.      Yeah.  They know that.
23      Q.      And do inmates know that?
24      A.      Yeah.  Staff know it too.

**Page 172**

1      Q.      So, is it safe to say that everyone here
2  thinks anything Inmate A says is a complete lie?
3      A.      Everyone here knows that mostly
4  everything Inmate A says is a complete lie.
5      Q.      Okay.  Now, so, if there was a PREA
6  investigation involving Inmate A allegations about
7  you and another inmate and they were unfounded, why
8  would that PREA investigation be unnecessary?
9      A.      If a staff received a report on a PREA
10  investigation against an inmate that they know
11  constantly lies about people and subjects someone to a
12  medical screening, a medical examination, and a
13  psychological screening, a person who has been
14  sexually abused as a child and to make them go through
15  an examination telling them that they have information
16  that they have been sexually abused and you have to
17  see a nurse, a woman nurse and then you have to see a
18  man who is a psychologist and explain to him -- you
19  know, and him explaining to you that another man has
20  been sexually assaulting you and abusing you and you
21  have been raped and abused as a child and sexually
22  abused and physically and how do you think that's
23  going to affect someone --
24      Q.      So, you --

**Page 173**

1      A.      -- to go through something that never
2  even happened to you.
3      Q.      So, you think just the fact that it was
4  Inmate A making the allegations, staff
5  shouldn't have even bothered investigating?
6      A.      It's not just Inmate A It's the
7  fact that, you know, why wouldn't you go to this
8  person's Mental Health Clinician to say, Yeah.  We got
9  a report on this.  Do you think this could be true?
10  Do you think this would affect him?  You know what I'm
11  saying?  But the fact that you didn't follow procedure
12  -- why wouldn't you follow procedure in doing what you
13  did.
14      Q.      But I just want to back up.  Just the
15  fact that Inmate A -- you also think that just because
16  staff should have known that Inmate A he lies
17  about everything, they should have --
18      A.      He's been doing it against staff and
19  inmates for so long that why would you even take what
20  he say serious?  Would you put someone through that?
21  Okay.  If you was going to take what Inmate A said, why
22  didn't you take what this inmate said about what
23  Inmate A was doing to him and do a PREA investigation?
24      Q.      Okay.

**Edward Jones**
**June 13, 2019**

178..181

**Page 178**

1  investigations, have they all occurred while you were
2  at Old Colony?
3      A.    Yes.
4      Q.    In any of those three PREA investigations
5  were you found to be the victim?
6      A.    I wasn't found to be -- it was all found
7  unfounded.
8      Q.    All three of them were unfounded?
9      A.    Right.  There was none committed on my
10 behalf.  There was none -- only one was supposed to be
11 processed on my behalf.  All of them was processed
12 against me.
13     Q.    Let me just back up.  But you said all
14 three were unfounded?
15     A.    Right.
16     Q.    So, you did not experience any discipline
17 as a result of any of the PREA investigations?
18     A.    No.  Why would I?  It never happened.  It
19 was unnecessary.
20     Q.    Did you ever make any PREA allegations?
21     A.    Yes.
22     Q.    Which ones?
23     A.    About Inmate A
24     Q.    Other than what you have testified

**Page 179**

1  today --
2      A.    Never.  Never.
3      Q.    -- did you ever make any PREA allegations
4  against any other inmates?
5      A.    Never.
6      Q.    Okay.  Have there been any PREA incidents
7  with any of your cellmates?
8      A.    No.  Never.
9      Q.    Okay.  In your Complaint, you say that
10 Inmate A could not be housed at any other institution
11 due to enemy issues.
12     A.    Right.
13     Q.    Who told you this?
14     A.    Everybody tells me that.  And based on
15 his classification reports, I see it now.
16     Q.    Okay.  But who -- based on when you
17 drafted the Complaint, who had -- where did you get
18 that information?
19     A.    From all, from Captain Camello, from
20 Captain -- from Deputy Devine, from Superintendent
21 Mitchell, from IPS Officer Butler, IPS Officer
22 Sergeant Carton.  They all told me there's no place
23 else for Inmate A
24     Q.    In your Complaint, you allege that

**Page 180**

1  Devine, that Deputy Devine and Superintendant Mitchell
2  failed to follow proper procedure upon receiving false
3  PREA allegations.  How do you know that the PREA
4  allegations were false?
5      A.    Because I didn't do it.
6      Q.    How would they have known that they were
7  false without doing an investigation?
8      A.    By knowing that Inmate A been doing this to
9  people for the longest time.
10     Q.    So, let me just -- I want to make sure I
11 understand your testimony.  Your testimony is just
12 based on the fact that anything reported by Inmate A
13 Inmate A staff should have known it was false?
14     A.    Not anything.  By past history of Inmate A
15 putting a false PREA allegations against inmates and
16 staff.
17     Q.    And they should have not bothered to
18 investigate?
19     A.    They should -- I didn't say that they
20 shouldn't investigate.  They should have known that it
21 was false.  They should have looked into this first.
22     Q.    Okay.  But how do they look into it
23 without -- so, they should have looked into it without
24 investigating?

**Page 181**

1      A.    First of all, talking to Inmate A more.
2      Q.    Okay.  But you said yourself that Inmate A
3  was crazy?
4      A.    Yeah.
5      Q.    Should they have not had the allegations
6  investigated?
7      A.    Should they have talked to somebody's
8  Mental Health Clinician first or to see how this might
9  affect them to see what kind of history they have with
10 sexual abuse?  Does that matter?
11     Q.    So, do you have a problem that they were
12 investigated or do you just think that they should
13 have thought about --
14     A.    I have a problem --
15     Q.    Sorry.  Strike that.  Let me start my
16 question.
17         Is your issue that you think they should
18 have investigated them differently than they did?
19     A.    No.  My issue is that the fact that if
20 they did do an investigation, they didn't follow
21 proper procedures, guidelines, policy, and regulations
22 in doing it.  Based on the materials and the documents
23 presented thus far, that didn't occur.
24     Q.    So, should they have had the allegations

**Reporters, Inc.**
**617-786-7783**

## Page 190

```
 1      Q.    How have you come by this personal
 2  knowledge?
 3      A.    I have been told.
 4      Q.    By who?
 5      A.    By different people, staff and inmates.
 6      Q.    So, staff confides in you stuff about
 7  other inmates?
 8      A.    They didn't confide in me.  They confide
 9  in everybody.  They confide in each other.  It's
10  public knowledge.  It will be anyway.
11      Q.    Do other inmates feel the same way as you
12  do?
13      A.    Yes, they do.
14      Q.    Which inmates?
15      A.    ███████, ███████, ██████.
16      Q.    Are these your friends?
17      A.    I wouldn't necessarily call them my
18  friends.  They're fellow inmates.
19      Q.    How do you know --
20      A.    Some of them are my friends.  Some of
21  them are not.
22      Q.    And how do you know they felt that way?
23      A.    Because I have affidavits from them.
24      Q.    Okay.  Did you ask them to write those
```

## Page 191

```
 1  affidavits?
 2      A.    Yes.
 3      Q.    When did you ask them to?
 4      A.    Some of them offered to do it.
 5      Q.    When did you ask?
 6      A.    Around when all of this was happening,
 7  these different dates.
 8      Q.    Was this before or after you filed the
 9  lawsuit?
10      A.    Some before, some after.
11      Q.    In September, 2015, did you tell staff
12  that if he continues to make those comments, I might
13  smash him in the head?
14      A.    Yeah.
15      Q.    Okay.  And who were you talking about?
16      A.    Inmate A
17      Q.    Prior to the incident in the chow hall in
18  October, 2015, did you ever touch Inmate A
19      A.    No.
20      Q.    Okay.  Did you want Inmate A returning to
21  the RTU?
22      A.    I didn't want Inmate A -- I didn't care
23  where Inmate A returned.  I just didn't want him
24  around me.  I felt very uncomfortable with him around
```

## Page 192

```
 1  me.  I was scared to have him around me.  I was in
 2  fear.
 3      Q.    Why were you scared of him?
 4      A.    I was scared of him physically, mentally
 5  and psychologically.
 6      Q.    Why were you scared of him physically?
 7      A.    Because I knew that something was going
 8  to happen.  I knew he was going to do something to me
 9  or I was going to do something to him.
10      Q.    Did other inmates not want him returning
11  to the RTU either?
12      A.    Probably not.
13      Q.    I believe there's something where it said
14  several inmates including you approached staff and
15  said if Inmate A comes back here, he's going to get
16  hurt.  How would Inmate A have gotten hurt?
17      A.    No.  We didn't say he was going to get
18  hurt.  We said we didn't want Inmate A to report back
19  there but staff decided that -- I think it was mental
20  health, RTU staff decided that Inmate A was going to
21  eventually get hurt if they continue to dump Inmate A
22  into the Residential Treatment Unit or OCCC.
23      Q.    Did you think Inmate A would have gotten
24  hurt?
```

## Page 193

```
 1      A.    If I didn't hurt him, somebody else would
 2  have eventually.  It wasn't the first time and it
 3  wasn't going to be the last time.
 4      Q.    And who would have hurt him?
 5      A.    Anybody.
 6      Q.    Inmates or staff?
 7      A.    His next victim.
 8      Q.    Inmates or staff?
 9      A.    It could have been a staff.  It could
10  have been inmates.
11      Q.    The stuff he was saying to you, was he
12  saying it to any other inmates?
13      A.    He was saying it to women.  He was saying
14  it to staff.  He was saying it to me.
15      Q.    All at the same time?
16      A.    Yes.
17      Q.    And how do you know he was saying it to
18  other people?
19      A.    Because it was documented.
20      Q.    How was it documented?
21      A.    Like I say, he wrote CO Ashley who is a
22  Caseworker a letter.  Matthew McGurn, he did it to
23  Matthew McGurn, you know.  And he was doing it to
24  other people too.  It's not known.
```

Edward Jones
June 13, 2019

**Page 194**

1    Q.    In August, 2015, did you allege that
2  ██Inmate A██ was creating a climate issue in Addicts 1?
3    A.    Yes.
4    Q.    Is Addicts 1 the RTU?
5    A.    It was the RTU.
6    Q.    What was the climate issue?
7    A.    He was causing confusion yelling out of
8  his door about men having sex with little girls,
9  fifteen, thirteen, twelve year old girls and three
10 brothers raping their little sister and stuff like
11 that.
12   Q.    Did he ever mention your name in any of
13 these things he yelled out?
14   A.    No, not at the climate issue.  The only
15 time he mentioned my name was when he talked about me
16 having a big thing.
17   Q.    Okay.  But when he yelled these things
18 out about sex with children and rape and stuff from
19 his cell, did he ever mention your name?
20   A.    No.  He would mention my name when he
21 come to my cell.
22   Q.    Was that yelled out down the tier?
23   A.    No.  It was yelled out in the chow hall
24 on October 24th.

**Page 195**

1    Q.    Okay.  He yelled it out?
2    A.    Yes, to everybody.
3    Q.    I want to just back up for a second.
4  Earlier, you said that he came over and he whispered
5  to you?
6    A.    No.  He was -- I told you that he was
7  yelling in the chow hall in front a whole group of
8  people.
9    Q.    Okay.  Were you embarrassed?
10   A.    Yeah, I was very embarrassed.  I was
11 hurt.  I was scared.  I don't even go to chow hall
12 anymore.  Just like I brought my lunch here, I don't
13 go to chow hall.
14   Q.    Why were you embarrassed?
15   A.    Because why you want people looking at
16 you thinking stuff like that?
17   Q.    Thinking what stuff?
18   A.    That other men is out to have sex with
19 you, that other men -- you know, how the hell -- how
20 the hell he know how big your thing is?  You know,
21 man, you let him watch you?  You let him look at you?
22 Oh, man.  He be talking to you while you be -- oh,
23 man.  You come out of the shower.  How you feel like
24 having to deal with that, have people asking you all

**Page 196**

1  these questions?  Then you want to do something to
2  them.
3    Q.    So, you wanted to do something to
4  ██Inmate A██
5    A.    I wanted to do something to ██Inmate A██ and
6  everybody else that thought it was funny.
7    Q.    Were the other inmates laughing?
8    A.    Yeah, a lot of people was laughing.  What
9  do you think, they just going to -- this ain't the
10 nicest place in the world to be.  Everybody likes to
11 see trauma and violence and destruction and all of
12 this stuff.
13   Q.    Back in August, 2015, did you talk to
14 IPS?
15   A.    Yeah.
16   Q.    Okay.  And what did you tell IPS?
17   A.    I told IPS that ██Inmate A██ was
18 sexually harassing, that he keeps talking about how
19 big my thing is.  He's pursuing me for sex, and that I
20 wish they would keep him away from me.
21   Q.    But you also said that he was creating a
22 climate issue.  Did you talk to IPS about the climate
23 issue?
24   A.    Yeah.

**Page 197**

1    Q.    And what did you tell IPS about the
2  climate issue?
3    A.    I told IPS that he was talking about
4  raping and having sex with little girls.  I told them
5  everything.
6    Q.    Okay.  And what did -- did you sign a
7  waiver form after this to return to the unit?
8    A.    Yeah.  That's in August.
9    Q.    Well, my question was in August, 2015.
10   A.    Right.
11             (Exhibit 2, marked)
12   Q.    (By Ms. Glazer)  Do you recognize this?
13   A.    Yes, I do.
14   Q.    Is that your signature?
15   A.    Yes, it is.
16   Q.    What is this?
17   A.    What?
18   Q.    What is this form?
19   A.    This is a waiver that's saying I agree to
20 be returned back to population and I don't have no
21 problems with ██Inmate A██
22   Q.    Okay.  Where does it say you don't have
23 any problems with ██Inmate A██
24   A.    I wish to be placed and remain in general

Edward Jones
June 13, 2019

**Page 198**

```
1   population.  Any and all prior problems I have had
2   with other inmates have been resolved.  I hereby
3   relieve the Administration of all responsibility for
4   my safety when I am returned to general population.
5   This was signed on August 19th, 2015 but Inmate A
6   Inmate A was made an enemy of mine on September 24th
7   when he was made an active enemy putting IMS as an
8   active enemy after this was signed.  So, this is
9   basically null and void until what happened after
10  Inmate A being made an active enemy of mine.
11       Q.    So, that's not my question.
12       A.    I'm just saying.
13       Q.    My question to you, is that your
14  signature?
15       A.    Yes, it is.
16       Q.    Okay.  And at the time, do you recall why
17  you signed this?
18       A.    Yes.
19       Q.    Why?
20       A.    Because he told me that Inmate A
21  would not be going back to population with me.
22       Q.    Who is he?
23       A.    Officer O'Neill.
24       Q.    Okay.  And were you in fear of Inmate A
```

**Page 199**

```
1   at this point?
2        A.    Yes, I was.
3        Q.    Have any other inmates sexually harassed
4   you?
5        A.    No.
6        Q.    Have any other inmates sexually targeted
7   you?
8        A.    No.
9        Q.    Have you been in any other fights?
10       A.    I have been in fights.  Everybody gets in
11  fights.
12       Q.    Other than the two you mentioned where
13  you got D reports, have you been in any other fights?
14       A.    No.
15       Q.    Have you identified any inmates as
16  enemies?
17       A.    No.  I don't identify anyone as an enemy.
18  Only enemy I have is             He killed my
19  brother.  Other than that, I don't have any enemies.
20       Q.    Did you identify him to -- have you told
21  IPS about him?
22       A.    They know about him.
23       Q.    Okay.  And where is he housed?  Is he --
24       A.    He's housed at another institution.  Me
```

**Page 200**

```
1   and him will not be housed at any institutions
2   together, just like me and Inmate A won't after October
3   24th.
4        Q.    Okay.  Are you aware, have any inmates
5   identified you as an enemy?
6        A.    Probably.
7        Q.    Are you aware of anyone who has?
8        A.    No.  Yeah, I'm aware of anyone who has
9   but I don't know the names.  I know that there's a
10  couple of people who have but I don't know.
11       Q.    How do you know?
12       A.    Because it's listed in my -- when I go to
13  classification for it, they tell me, You can't go to
14  this institution because you have an active enemy
15  there.  You can't go to this institution because you
16  have an active enemy there.
17       Q.    Okay.
18       A.    And I was sent from MCI Concord to OCCC
19  based on the fact that            who is an
20  active enemy, was at MCI Concord.  So, they sent me
21  here so that he could go there.
22       Q.    Were you also sent here to be placed in
23  the RTU?
24       A.    Yeah.
```

**Page 201**

```
1        Q.    Who are you planning on calling as
2   witnesses at the trial?
3        A.    A lot of people.
4        Q.    Who?
5        A.    CO Adorno, CO Silva, CO Mooreland, Inmate A
6   Inmate A
7        Q.    Is                an inmate?
8        A.    Yeah.           He's an inmate.
9                     he's an inmate.        who was supposed
10  to be sucking on my nipples.
11       Q.    Is he still incarcerated?
12       A.    No.
13       Q.    Do you know where he is?
14       A.    Mm-hmm.  I know how to find him.  The
15  defendants.
16       Q.    Okay.  Anyone else?
17       A.    A lot of people.
18       Q.    Who else?
19       A.    I haven't -- my Mental Health Clinicians,
20  Psychiatrists.
21       Q.    Are you planning on hiring a new lawyer?
22       A.    I probably will.
23       Q.    Okay.  Have you contacted any other
24  lawyers?
```

**Edward Jones**
**June 13, 2019**                                                                221

```
 1                    SIGNATURE/ERRATA SHEET

 2       I have read the foregoing, and it is a true

 3    transcript of the testimony given by me at the taking

 4    of the subject deposition with the following

 5    corrections/changes, if any:

 6

 7    7-11-19                                Edward Jones

 8         Date          Page 1 of 2      EDWARD JONES

 9

10    PAGE    LINE    CHANGE                          REASON

11    6       11    Change Prozac to:                 Error

12    * the error I make is that I am not on prozac, the

13    exact medication is Abilify nights and Paroxetine

14    both medications effect memory of remembering

15    ----------------------------------------------------

16    7       23    Change ten milligrams to:         Error

17    * 2 mg Abilify, 20 mg Paroxetine

18    *11     22    Middlesex County, Norfolk County

19    *12     14    Newark New Jersey

20    *15     2    Thats middleton, Mass, "Eggrock"

21    *58     3    Not Camera → " Captain"

22    Case Name:  JONES V. COMMONWEALTH OF MASSACHUSETTS

23    Date Taken:  June 13, 2019

24    nas
```

# Page #2 Errata Sheet

| Page | Line | Change |
|------|------|--------|
| * 131 | 19 | Shaka to "Shanka" |
| * 141 | 22 | Left hand to "Right hand" |
| 201 | 8 | ███████ to ████████ |

7-11-19                    Edward Fama