


Commonwealth of Massachusetts
Department of Correction

Inmate Waiver Form

Institution: Old Colony Correctional Center

I wish to be placed or remain in general population at _____. Any and all prior problems I have had with other inmates have been resolved.

I hereby relieve the Administration of all responsibilities for my safety when I am returned to general population.

Inmate's Name: Edward Jones
Commitment #: W102328
Room #:

Conflict's Name:
Commitment #:
Room #:

Inmate's Signature: x _[signature]_
Date: 8-19-15

Witness Signature/Title: _[signature]_ IPS CO
Date: 8-19-15

Reason for Waiver:
No concerns about returning to general population

EXHIBIT G