# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### OLD COLONY CORRECTIONAL CENTER
### INCIDENT REPORT

# CONFIDENTIAL

**Incident Report # :** 1414797  **Incident Time :** 16:32  **Date:** 09/24/2015  **Place Occurred:** RTU Area

**Codes & Subject :** INMATE RELATED  Potential Problems Security Ri
Mental Health Issues/Referal

**Reported By :** Martino-Fleming Vanessa A   **Department:** Mental Health   **Reported Date:** 09/24/2015
Mental Health Professional

**Description :** On, 9/24/15, I, Vanessa Martino-Fleming, LMHC was approached in the RTU by Inmate Edward Jones, Inmate [redacted] Inmate [redacted] Inmate [redacted] and Inmate [redacted] regarding their concerns about Inmate [Inmate A] returning to the RTU. All of the above inmates reported that they were "just trying to be proactive and do the right thing by coming forward because no one wanted to see Mr. [Inmate A] get hurt." The above inmates reported that they were, as well as numerous others on the unit, agitated about him returning to the unit after all of the provocative sexual remarks he has made in the past. Inmate Jones stated that "I don't want to but if he continues to make those comments I might smash him in the head." Inmtae Jones stated that the remarks Mr. [Inmate A] makes "triggers his PTSD symptoms." Mr. Jones also discussed his frustrations with the "false PREA allegation Mr. [Inmate A] made against him." The above inmates appeared visibly distressed and the return of Mr. [Inmate A] appears to be creating a major climate issue on the RTU. Shift Commander LaFlamme and Captain Camelo notified.

| Person Type | Commit No | Name | Housing Unit |
|---|---|---|---|
| Inmate | Inmate A | Inmate A | HEALTH SERVICE |
| Inmate | [redacted] | [redacted] | ATTUCKS I |
| Inmate | W102323 | JONES EDWARD | ATTUCKS I |
| Inmate | [redacted] | [redacted] | ATTUCKS I |
| Inmate | [redacted] | [redacted] | ATTUCKS I |
| Inmate | [redacted] | [redacted] | ATTUCKS I |
| Staff | | Martino-Fleming Vanessa A | |
| Staff | | Camelo John F | |
| Staff | | LaFlamme Randy M | |

**Entered By:** Martino-Fleming Vanessa A  Mental Health Professional

**Shift Commander:**
**Comments :**

**Date:**



EXHIBIT H