EXHIBIT #11 (2 of 4)



Mr Edward Jones (W-102323)
O.C.C.C.
1 Administration Road
Bridgewater, Ma 02324

Attention: Superintendant, Ms. Lisa Mitchell
O.C.C.C.
1 Administration Road
Bridgewater, Ma 02324

Date: 9-25-15

Dear Supt. Mitchell,
My name is Edward Jones (W-102323). I was classified to this institutions Mental Health Residential Treatment Unit. For treatment specifically related to suffering from sexual abuse as a child (I give mental health (RTU) clinicians permission to relay my years of documented mental illnesses to you and Deputy, Divine _only_.
Enclosed is a copy of one (of two) grievances I have filed (filed on September 24, 2015). The first grievance I allowed to be withdrawn, and not formally filed as a result of a promise, to me from Capt. Carmello, insuring no PREA allegation documents or reports would be placed in my six (6) part folder as a result of false information submitted by

1 of 3

HIBIT #11 (3 of 4)

inmate **Inmate A**, and, that, inmate **Inmate A**
**Inmate A** would not be housed near or around me.
An attempt, on September 24, 2015, to house
inmate **Inmate A**. Not only in the same unit,
but only four doors down from me, without my
knowledge. I've determined, was in adverse to
the promise made to me. And as a result of such.
I've decided to diligently seek remedy legally in
Federal Court.

In any event. As a result of myself, and,
atleast five (5) other prisoners' addressing our
uncomfortability and fears concerns about **Inmate A**
**Inmate A** to RTU mental health staff. Myself only,
was escorted, out of the RTU office, to new
man unit questioned by IPS sgts., and then
placed on awaiting action status. Where I now
remain - because I refuse to, and fail to, allow
inmate **Inmate A** to victimize, traumatise,
harass, and, abuse me verbally any longer (see
attached Sept 24, 2015 grievance - setting out in
detail graffic abuse). Instead of stopping inmate
**Inmate A** from sexually victimizing, abusing,
traumatizing and harassing myself and others. Correctional
staff at this facility/site has constantly and
continuously over, and over again rewarded inmate
**Inmate A** with loaner televisions, fans, hot
pots, radios, coffee and food. And have continuously

2 of 3

EXHIBIT #11 (4 of 4)

and constantly failed to issue inmate [Inmate A] [Inmate A] disciplinary reports, and or, sanctions inmate [Inmate A] and hold him accountable for his unlawful actions, or, to deter him from sexually traumatizing, abusing, victimizing, and harassing myself and other inmates - even after inmate [Inmate A] admits to correctional staff - (See Officer, Moreland and IPS Officer, Oneil incidents reports) - they, still, refuse to hold inmate [Inmate A] accountable disciplinarily. (See Sept. 24, 2015 grievance - attached/enclosed).

Refusing to hold inmate [Inmate A] accountable for his actions. And continuously rewarding and allowing inmate [Inmate A] to victimize, traumatize, harass and abuse myself and others makes you complicit in what inmate [Inmate A] is doing. From my understanding, Inmate [Inmate A] is already a sex offender, and it is clear (by his nasty statements about babys, little girls. and gay men) that he is not getting any better and should be sent or classified to the Treatment Center for help. Because it is clear that his intention and mind-set is to victimize again sexually.

All I want is to be able to complete my time in peace. (get the treatment I need) without being subjected to victimization over and over again.

sincerely, Edward James

3 of 3