# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
## INMATE GRIEVANCE FORM
### FORWARD TO INSTITUTIONAL GRIEVANCE COORDINATOR (IGC)

| | | | |
|---|---|---|---|
| **Name** JONES EDWARD | **Grievance#** 83803 | **Institution** OLD COLONY CORRECTIONAL CENTER | |
| **Commit No.** W102323 | **Housing** ATTUCKS I | **Date Of Incident** 20150924 | **Date Of Grievance** 20150924 |

**Informal filed** No

**Complaint**
For the past six or more months, I have reported on more than three (3) separate occasions, to Mental Health RTU Clinicians (Vanessa, Erin, Mariah, Shauna and Amanda) about inmate [Inmate A] continuously and constantly yelling and screaming on the tier about "babys getting their pussy licked by fifty something year old men", ", Fifteen year old girls being raped by her three brothers", twelve year old girls getting raped by their Uncles". "Inmate [ ] raping and killing a little girl" (inmate [ ] have heard this also and have on several occasions reported such to Mental Health (RTU) Clinicians Erin, Vanessa, Etc...) Inmate [ ] raping a girl in Wellsley Mass" (Inmate [ ] have heard and reported this to his mental Health (RTU) Clinician Mariah, and have stated to [Inmate A] that, not only has he never been to Wellsley Mass, but he doesn't even know where Wellsley Mass is, and [ ] being a homo and a Faggot!!. Each time Mental Health Clinicians would order [Inmate A] to be placed on watch to monitor him. But he would stop making the sexual illicit statements while in the presence of Mental Health and Correctional staff, But, immediatley start back up once he is back to the Unit and out of thier presence. The fourth (4th) and last time I reported to Mental Health, and, Correctional staff to (Officer Moreland) about [Inmate A] saying sexual and illicit stuff was in early August 2015 When I was laying in my bed and inmate [Inmate A] started yelling Continuously on the tier about "inmate [ ] raping and killing a little girl" and how he ([Inmate A]) was "going to kick inmate [ ]'s bitch ass etc..etc.. Officer Moreland wrote an incident report about this incident after [Inmate A] admitted doing it. This incident was investigated by IPS Officer (O'Neil) where inmate [Inmate A] was never issued any disciplinary reports for his actions.. As a matter of fact, [Inmate A] [Inmate A] was instead given a loan

**Remedy Requested**
1. That [Inmate A] be criminally and disciplinarily charged for False information that resulted in me being traumatized; 2. That [Inmate A] be kept away from me; 3. That I immediately taken off Awaiting action status; 4. That all documents, reports, referrals related to this incident, I've requested, be immediately provided to me; and 5. Any funds or good-time, or job position I lost as a reasult of this matter be restored and reimbursed.

**Staff Recipient**
Lavalley Hank L   CO III

**Staff Involved**
Pacheco Amanda   Mental Health Professional
Stuart Erin E   Mental Health Clinician
ONeil Matthew M   IPS
Martino-Fleming Vanessa A   Mental Health Professional
Smith Shawnna M   Mental Health Professional
Moreland Terry   CO I
Hill Mariah R   Mental Health Professional

**Signature**

EXHIBIT K

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
## INMATE GRIEVANCE FORM
### FORWARD TO INSTITUTIONAL GRIEVANCE COORDINATOR (IGC)

| | |
|---|---|
| **Name** JONES EDWARD | **Institution** OLD COLONY CORRECTIONAL CENTER |
| **Commit No.** W102323  **Housing** ATTUCKS I | **Date Of Incident** 20150924   **Date Of Grievance** 20150924 |

### RECEIPT BY INSTITUTIONAL GRIEVANCE COORDINATOR

**Date Received** 20150928   **Decision Date** 20151001

**Signature** Lavalley Hank L  CO III

**Final Decision** PARTIAL APPROVAL

**Decision** Your grievance is partially approved; this issue with inmate [Inmate A] is being handled administratively.

**Signature** [signed]   **Date** 10-1-15

Denied grievances may be appealed to the Superintendent within 10 working days of Institutional Grievance Coordinator's decision.

---

## INMATE RECEIPT

| | |
|---|---|
| **Name** JONES EDWARD | **Institution** OLD COLONY CORRECTIONAL CENTER |
| **Commit No.** W102323   **Grievance#** 83803   **Date Received** 20150928 | |
| **Signature** Lavalley Hank L  CO III | |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
## INMATE GRIEVANCE APPEAL FORM
## FORWARD TO SUPERINTENDENT

| | | | |
|---|---|---|---|
| **Commit Name:** | JONES EDWARD | **Commit #:** | W102323 |
| **Grievance #:** | 83803 | **Date Of Grievance:** | 20150924 |
| **Institution:** | OLD COLONY CORRECTIONAL CENTER | **Housing:** | ATTUCKS I |
| **Appeal Date:** | 20151002 | **Appeal Received Date:** | 20151005 |
| **Current Institution:** | OLD COLONY CORRECTIONAL CENTER | **Current Housing:** | ATTUCKS II |

**Appeal:** The decision you provided does not state what part(s) of my grievance remedy was "partially approved". 1. The reports, documents, referrals and investigation information have not been provided to me as I grieved, and requested; 2. Inmate [Inmate A] [Inmate A] have not been criminally or disciplinary charged (for presenting false PREA information against me, 3. That I receive specifically what parts of my grievance was "partially approved" and which parts were not

**Remedy Requested:** 1. That all documents, referrals and investigative reports be provided to me that relates to the 8-26-15 PREA report / investigation against me, 2. That inmate [Inmate A] be criminally and disciplinarily charged for false PREA allegations against me, 3. That they receive what parts of my grievance was " partially approved" and what parts wasn't.

**Staff Recipient:** Lavalley Hank L   CO III

**Signature**

## DECISION BY SUPERINTENDENT

| | | | | | |
|---|---|---|---|---|---|
| **Appeal Received Date** | 20151005 | **Decision Date** | 20151027 | **Decision** | DENIED |

**Decision By:** Mitchell Lisa A   SUPERINTENDENT

**Reasons:** Denied. Not entitled to information requested

**Signature**   **Date**

## INMATE RECEIPT

| | | | |
|---|---|---|---|
| **Inmate's Name** | JONES EDWARD | **Institution** | OLD COLONY CORRECTIONAL CENTER |
| **Number** | W102323 | **Appeal Received Date** | 20151005 |
| **Staff Recipient** | Lavalley Hank L   CO III | | |

**Superintendent's Signature**