**UNITED STATES DISTRICT COURT**

**DISTRCT OF MASSACHUSETTS**

EDWARD JONES,

    **PLAINTIFF**

    v.

LISA MITCHELL, MICHAEL DEVINE AND

JOHN F. CAMELO                                      CASE No. 16-CV-11666-LTS

    **DEFENDANT'S.**

**PLAINTIFF'S STATEMENT OF UNDISPUTED MATERIAL FACTS**

I Edward Jones, pro-se Plaintiff, in the above entitled action. Submits this Statement of Undisputed Material Facts in support of his Motion For Summary And Declaratory Judgement.

1. I am the Plaintiff in the above entitled action. **"Dk #17 First Amended Complaint".**

2. All information presented by me, in Summary and Declaratory Judgement Motion and Memorandum of law: In Support of Motion For Summary And Declaratory Judgement, Is true and correct to the best of my knowledge and belief. **"Dk #138 Plaintiff's Motion For Summary And Declaratory Judgement"; See Exhibit #(s) 20, 21, 52**

3. A stated in my First Amended Complain, I am the person who was sexually harassed, abused,

pg. 1

And, traumatized by Vernon Thompson in 2015. "Dk # 17 First Amended Complaint, Para #(s) 17, 18, 19, 20, 24, 28 and 43."

4. Such sexual harassment, abuse, and, traumatization resulted in and caused psychological harm. Dk # 17 First Amended Complaint, Para #(s) 50; See also Plaintiff's Memorandum Of Law: In Support Of Motion For Summary And Declaratory Judgement, Pages 22-26, 50-53: See also Exhibit #(s) 4 – Grievance #83803, 11 – Correspondence From Mitchell/Re: Response To Plaintiff Reporting Sexual Harassment, 21 – Affidavit Of Adam Parker, 54 – November 2015 Mental Health Treatment Plan, 66 – September 26, 2015 Mental Health Progress Notes of Todd Derbyshire, 67 – October 5, 2015 Mental Health Progress Notes Of Ms. Martino-Fleming, 68 – October 8, 2015 Mental Health Progress Notes Of Ms. Martino-Fleming, 69 – October 20, 2015 Mental Health Progress Notes Of Ms. Martino-Fleming, 73 – Aids Test, 76 – Affidavit Of Arthur Davis, 99 – Email To Ms. Lenita Richardson, 100 – Psychiatric Progress Notes Of Dr. Nagaraj Uddhandi, 101 – Psychiatric Progress Notes Of Dr. Nagaraj Uddhandi, 102 – Psychiatric Progress Notes Of Dr. Nagaraj Uddhandi, 145 – Deposition Of Ms. Martino-Fleming, 147 – Response To court's April 19, 2019 Deposition Order Of Ms. Martino-Fleming."

5. As stated in my First Amended Complaint, I am the person who was stabbed by Vernon Thompson with a folk on October 24, 2015. "Dk # 17 First Amended Complaint, Para #(s) 28 and 29."

6. Such injury received from the stabbing, resulted in and caused physical pain and nerve damage. **"Dk #17 First Amended Complaint, Para #(s) 29."**

7. Such injuries received from the stabbing, resulted in and caused months of medical and physical Therapy attention. **"Dk #139 Plaintiff's Memorandum Of Law: In Support Of Motion F For Summary And Declaratory Judgement, Para #(s) 19-21: See also Exhibit(s) 109 – Medical Progress Notes For Right Hand Injury, 110 – Medical Progress Notes, 111 – Physical Therapy Consult Form, And, 112 – Physical Therapy progress Notes."**

8. Such injuries received from the stabbing, resulted in and caused injuries that, still, causes Trimmers, pain and difficulties with motor movements. **"Dk #139 Plaintiff's Memorandum Of Summary And Declaratory Judgement, Para #(s) 20."**

9. Such injuries received from the stabbing, resulted in and caused physical harm Experienced as a direct result of Defendant's knowledge of Thompson being a threat and their failure to protect Jones. **"Dk #139 Plaintiff's Memorandum Of Law: In Support Of Motion For Summary And Declaratory Judgement, Para #(s) 34-50; See Exhibit(s): 4 - Grievance # 83803, 5 – grievance Officer's Decision (83803), 11 – Mitchell's Response To Sept. 2015 Correspondence, 20 – Affidavit Of Randy Williams, 21 – affidavit Of Adam Parker, 52 – Affidavit Of Denilo Lopes, 61 – Mitchell's Response To Plaintiff's Correspondence To Commissioner Higgins-O'Brien, 90 – Mental Health Progress Notes Of Ms. Martino-Fleming 141 – Mitchell's Deposition (Pg 10, 17,28, 29, 33 and 35), 142 – Letter To Mitchell From Grievance Officer, 143 – Email To Mitchell, 145(Pg 1, 2 And 3) – Vanessa Martino-Flemming's Response To Court's April 19, 2019 Deposition, 148 - (Pg(s) 15, 25, 27, 33 and 35) – Camelo**

      **Deposition, 149 (Pg(s) 8, 10, 15, 16, and 17) – Devine Deposit**

10. Such injuries received from the sexual harassment, resulted in and caused psychological Harm experienced as a direct result of Defendant's failure to protect Jones. "Dk #139 Plaintiff's Memorandum Of Law: In Support Of Motion For Summary And Declaratory Judgement, Para #(s) 22-26; See also, Exhibit(s): 54 (Pg 4) – Mental Health Treatment Plan Of Ms. Martino-Fleming, 67 – Mental Health Progress Notes Of Ms. Martino-Fleming, 90 – Mental Health Progress Notes Of Ms. Martino-Fleming, 102(Pg 1) – Psychiatry Progress Notes Of Dr. Uddhandi, 113(Pg 1) – Psychiatric Progress Notes Of Dr. Uddhandi, 145 (Pg(s) 1,2 and 3 – Ms. Vanessa Martino-Fleming response To Court's April 19, 2019 Deposition Order, 147 – Deposition Of Ms. Vanessa Martino-Fleming."

11. Such physical and psychological harm experienced in para #(s) 3, 4, 5, 6, 7, 8, 9, and, 10 above Was caused as a direct result of Defendant's failure to adhere to and/or follow policies, Procedures, rules, guidelines, and/or, regulations 103 CMR 420, 103 DOC 426 and 103 DOC 519. "Dk #139 Plaintiff's Memorandum Of Law: In Support Of Motion For Summary And Declaratory Judgement, Para #(s) 35-40; See also, Exhibit(s) 140 – 103 CMR 420 Inmate Classification, 134 – Male Objective Point Based Classification Manual, 96 – Sexually 103 DOC 519 Abusive Behavior Prevention And Intervention Policy, 98 – 103 DOC 426 Inmate Conflict Policy, 121 – Response From Deputy superintendent/Re: "Active Enemy."

12. As a result of Defendant's failure to adhere to and/or follow policies, procedures, rules,

Guidelines, and/or, regulations in Sexually Abusive Behavior Prevention And Intervention Policy (103 DOC 519), Jones was subjected to unnecessary PREA investigations. **"Dk #139 Plaintiff's Memorandum Of Law: In Support Of Motion For Summary And Declaratory Judgement, Pag #(s) 53-72."**

13. Being subjected to unnecessary PREA investigations resulted in, and caused, an exacerbation of PTSD and psychological traumatization. **"Dk #139 Plaintiff's Memorandum Of Law: In Support Of Motion For Summary And Declaratory Judgement: See also, Exhibit(s) 54 – Mental Health Treatment Plan Of Ms. Martino-Fleming, 66 – Mental Health Progress Notes Of Todd Derbyshire, 67 – Mental Health Progress Notes Of Ms. Martino-Fleming, 147 – Deposition Of Ms. Martino-Fleming."**

14. Defendant's Mitchell, Devine, and Camelo was well aware that a serious risk of harm existed. **"Dk #139 Plaintiff's Memorandum Of Law: In Support Of Motion For Summary And Declaratory Judgement, Para #(s) 34-53; See also, Exhibit(s) 4 and 5 – Grievance #83803 and Grievance Officer's Decision, 11 – Sept. 25, 2015 Correspondence To Mitchell From Jones (Para #(s) 4 and 6), 20 – Affidavit Of Inmate Randy Williams, 21 – Affidavit Of Inmate Adam Parker, 52 – Affidavit Of Inmate Danilo Lopes, 141(Pg 28) – Mitchell Deposition, 142 – Grievance Officer's Email To Mitchell, 145(Pg 1-3) – Ms. Martino Fleming's Response To Court's April 19, 2019 Deposition Order, 148(Pg 15, 27 and 25) – Camelo Deposition, 149(Pg 8, 10, 15, 16 and 17) – Devine Deposition."**

15. I, further state that, on or about January 4, 2019; I forwarded a personal email to a friend of mine name Lenita Richardson. **"Dk #139 Plaintiff's Memorandum Of Law: In Support Of Motion For Summary And Declaratory Judgement, Page #(s) 4-7; See also, Exhibit 99 – Email To Ms. Lenita Richardson."**

16. I, did not give permission to any DOC officials to disseminate the contents of the email to anyone other than whom the email was addressed to. **"Dk #139 Plaintiff's Memorandum Of Law: In Support Of Motion For Summary And Declaratory Judgement, Page #(s) 4-7."**

17. Ms. Lenita Richardson did not give permission to anyone to disseminate the contents of the email to anyone either. **"Dk #139 Plaintiff's Memorandum Of Law: In Support Of Motion For Summary And Declaratory Judgement, Page #(s) 4-7."**

18. Department of Correction mail regulations, promulgated by way of legislative grant of power, Did not give, authorize, or, allow any DOC official or administrative the permission to Disseminate the contents of the January 4, 2019 email that I forwarded to Ms. Lenita Richardson other than to Ms. Lenita Richardson. **"Dk #139 Plaintiff's Memorandum Of Law: In Support Of Motion For Summary And Declaratory Judgement, Page #(s) 4-7."**

19. A dissemination of the January 4, 2019 email, without myself or Ms. Richardson's permission was a violation Of my first and fourth amendment rights. **"Dk #139 Plaintiff's Memorandum Of Law: In Support Of Motion For Summary And Declaratory Judgement, Page #(s) 6."**

20. A seizure of the January 4, 2019 email was a violation of my fourth amendment rights, and, I did Not authorize anyone permission to seize the January 4, 2019 email. **"Dk #139 Plaintiff's Memorandum Of Law: In Support Of Motion For Summary And Declaratory Judgement, Page #(s) 5-6."**

**DATE: 11-18-19**

**RESPECTFULLY SUBMITTED,**

*Edward Jones*

**Edward Jones, Pro-Se**

**69 East Main Street**

**Norton, Mass 02766**

**Email: ej4431120@gmail.com**

**CERTIFICATE OF SERVICE**