UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 16-CV-11666-LTS

EDWARD T. JONES,

    Plaintiff,

v.

COMMONWEALTH OF MASSACHUSETTS, ET AL.,

    Defendants.

**DEFENDANTS', LISA MITCHELL, MICHAEL DEVINE, AND JOHN CAMELO, MOTION TO STRIKE PLAINTIFF'S STATEMENT OF UNDISPUTED MATERIAL FACTS (DOCUMENT NUMBER 166)**

The defendants, Lisa Mitchell ("Mitchell"), Michael Devine ("Devine") and John Camelo ("Camelo"), hereby move this Honorable Court to strike Plaintiff's Statement of Undisputed Material Facts (Document Number 166). The reasons for this Motion are as follows:

1. On June 18, 2019, this Court issued an Order regarding due dates for Motions for Summary Judgment, Oppositions and Replies. See Docket Entry Number 135.

2. Based upon this Court's Order, the parties filed their Motions for Summary Judgment. See Docket Entries Numbers 138 and 144. Plaintiff did not file a Statement of Undisputed Material Facts with his Motion for Summary Judgment. See Docket.

3. Based upon this Court's Order, the defendants filed a Memorandum in Opposition to Plaintiff's Motion for Summary and Declaratory Judgment on October 18, 2019. See

Docket Entry Number 155. Defendants' Opposition was based upon the information that plaintiff had filed with the Court.

4. Plaintiff was paroled on October 3, 2019. See Certificate of Parole attached as Exhibit A.

5. On October 25, 2019, plaintiff filed a Motion for an Enlargement of Time requesting more time to file his Reply. See Docket Entry Number 157. Plaintiff did not mention in his Motion that he would be seeking leave of Court to amend his Motion for Summary Judgment. See Docket Entry Number 157

6. The defendants filed their Reply to Plaintiff's Opposition to the Defendants' Motion for Summary Judgment on November 1, 2019. See Docket Entry Number 163.

7. The defendants will be highly prejudiced if plaintiff is allowed to amend and now file a Statement of Undisputed Material Facts. The defendants have already filed an Opposition and a Reply based on the filings of plaintiff at the respective times.

8. Plaintiff should not be allowed to file a Statement of Undisputed Material Facts approximately 77 days after he filed his Motion for Summary Judgment and after the defendants have filed their Opposition and Reply based upon plaintiff's filings at the time. See Docket.

9. The appearance of a *pro se* litigant is the equivalent of an appearance by an attorney in a civil case. Curtis v. J.J. Duffy Adjustment Service, Inc., 31 Mass. App. Ct. 949 (1991), rev. denied 411 Mass. 1105 (1991). As such, *pro se* litigants "are held to the same standards as practicing members of the bar." Commonwealth v. Jackson, 419 Mass. 716, 719 (1995).

WHEREFORE, the defendants move to strike Plaintiff's Statement of Undisputed Material Facts (Document Number 166) as it is untimely and as such is prejudicial to the defendants.

Dated: November 25, 2019

>Defendants,
>Lisa Mitchell, Michael Devine, and
>John Camelo,
>By their attorney,
>
>NANCY ANKERS WHITE
>Special Assistant Attorney General
>
>/s/ Daryl F. Glazer
>Daryl F. Glazer, Counsel
>BBO No. 567138
>Legal Division
>Department of Correction
>70 Franklin Street, Suite #600
>Boston, MA 02110-1300
>Tel. (617) 727-3300, Ext. 1102
>Daryl.Glazer@MassMail.state.ma.us

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that on this date a copy of this document was mailed, first class postage, to the plaintiff at his address, 69 East Main St., Norton, Mass 02766

November 25, 2019                                                     /s/ Daryl F. Glazer
                                                                      Daryl F. Glazer