UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EDWARD T. JONES
        Plaintiff

V.

COMMONWEALTH OF MASSACHUSETTS, ET.AL.
        Defendant

CIVIL ACTION

NO. 1:16-cv-11666-LTS

## JUDGMENT

SOROKIN, D. J.,

In accordance with the Court's Order dated February 3, 2020, (CM/ECF No. 174), granting Defendants' motion for summary judgment, Doc. 144, in the above-entitled action, it is hereby ORDERED:

        Judgment for the Defendants, John F. Camelo, Michael Devine, Lisa Mitchell.

                                    By the Court,

February 3, 2020                            /s/ Mariliz Montes
    Date                                                 Deputy Clerk

(Judgment for SJ.wpd - 12/98)