UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

EDWARD JONES

      PLAINTIFF

V.                                                CIVIL ACTION NO. 16-11666-LTS

LISA MITCHELL, JOHN F. CAMELO

And MICHAEL DEVINE,

      DEFENDANTS.

**PLAINTIFF'S NOTICE OF APPEAL**

Now comes the Plaintiff, Edward Jones in the above captioned matter and notify this Court, pursuant to **FRCP**. Notice is hereby given that Edward Jones hereby appeal to the Unites States Court of Appeals From the decision this Court entered in the above captioned matter on the 3rd day of February, 2020.

Date: 2-8-2020

Respectfully Submitted,

Edward Jones, Pro-Se

69 East Main Street

Norton Mass, 02766

Ej4431120@gmail.com