# United States Court of Appeals
## For the First Circuit

No. 20-1195

EDWARD T. JONES,

Plaintiff - Appellant,

v.

LISA MITCHELL; MICHAEL DEVINE; JOHN F. CAMELO

Defendants - Appellees,

DANIEL BENNETT; DEPARTMENT OF CORRECTION; EXECUTIVE OFFICE OF PUBLIC SAFETY; CAROL HIGGINS O'BRIEN; CHRISTOPHER FALLON; THOMAS TURCO; DOUGLAS L. BOWER; SCOTT J. STEEVER; HANK L. LAVALLEY; MARTA LEON; MASSACHUSETTS PARTNERSHIP FOR THE CORRECTIONAL HEALTH; NEIL NORCLIFFE; TODD DERBYSHIRE; COMMONWEALTH OF MASSACHUSETTS

Defendants.

Before

Barron, Chief Judge,
Thompson and Kayatta, Circuit Judges.

**JUDGMENT**

Entered: June 3, 2022

　　Appellant Edward Jones appeals from a final judgment in the District Court for the District of Massachusetts, which followed from rulings granting Appellees' motion to dismiss his amended complaint under Federal Rule of Civil Procedure 12(b)(6), as to certain claims, and ruling in favor of Appellees on cross-motions for summary judgment, for the rest of the claims.

　　We construe liberally the challenges raised by Jones, who proceeds pro se on appeal. Erickson v. Pardus, 551 U.S. 89, 94 (2007). We review both substantive rulings de novo. Abdallah v. Bain Cap. LLC, 752 F.3d 114, 119 (1st Cir. 2014) (noting de novo standard for review of a dismissal under Rule 12(b)(6)); Bienkowski v. Ne. Univ., 285 F.3d 138, 140 (1st Cir. 2002) (noting de novo standard of review for a ruling on cross-motions for summary judgment). We review Jones' specific challenges to other rulings under the rubric of abuse of discretion. See In re PHC,

Inc. S'holder Litig., 762 F.3d 138, 143 (1st Cir. 2014) (discovery rulings in the context of an appeal from summary judgment); Platten v. HG Bermuda Exempted Ltd., 437 F.3d 118, 133 (1st Cir. 2006) (denial of leave for a new filing requested "nearly two months after" plaintiff opposed a motion to dismiss); Andrews v. Bechtel Power Corp., 780 F.2d 124, 135 (1st Cir. 1985) (grant of attorney withdrawal motion in a civil case); see also United States v. Richardson, 894 F.2d 492, 496 (1st Cir. 1990) (decision not to appoint substitute counsel in the less-deferential criminal context). We review unpreserved arguments for plain error. See United States v. Marrero-Pérez, 914 F.3d 20, 24 (1st Cir. 2019).

After careful review of the arguments Jones raises in his opening brief, we can find no developed challenge to the grant of Appellees' motion to dismiss. We discern no availing argument that the district court abused its discretion in any of its non-dispositive rulings, including its decisions relating to amendment, discovery, review of documents, and issues relating to the appointment or withdrawal of counsel. We identify no cognizable challenge to the performance of counsel. Last, we can see no otherwise compelling challenge to the district court's grant of summary judgment.

Accordingly, the judgment of the district court is summarily **AFFIRMED**. See Local Rule 27.0(c).

By the Court:

Maria R. Hamilton, Clerk

cc:
Edward T. Jones
Daryl Glazer
George J. Puddister IV
Maura Tracy Healey